# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

**In re:**

    JAMES D. BULGAR,                  CHAPTER 7
                                                    CASE NO. 21-31333

    **Debtor.**

## MOTION TO DISMISS CASE AND NOTICE OF HEARING

**NOTICE OF HEARING: The following Motion to Dismiss has been set for hearing on**

**October 26, 2021 at 10:05 AM by telephone**

**Each party desiring to be heard must call the phone number listed below at least 5 minutes prior to the commencement of court.**

**Phone: 1-877-336-1839
Participant Code: 361328
Conference Host: Carrie Moore**

**Your case will be called as soon as possible.**

## MOTION TO DISMISS CASE

      Comes now the Bankruptcy Administrator for the Middle District of Alabama and moves for dismissal of the instant case pursuant to 11 U.S.C. § 109(h). In support of the motion, the Bankruptcy Administrator avers the following:

    1. The Debtor filed a chapter 7 petition on August 5, 2021. On page 5 of the Debtor's petition, the Debtor failed to respond to question 15 regarding credit counseling.

    2. On September 17, 2021, the Debtor filed a Certificate of Credit Counseling (Doc. No. 14) indicating that the Debtor completed the required credit counseling post-petition on September 15, 2021.

    3. Section 109 of the Bankruptcy Code sets forth the eligibility requirements as to who is eligible to be a debtor. Section 109(h) states that "an individual may not be a debtor under this

title unless such individual has, during the 180-day period ending on the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing."

4. The credit counseling certificate filed by the Debtor indicates the Debtor obtained credit counseling post-petition. The Debtor did not seek or obtain a temporary waiver pursuant to § 109(h)(3) nor indicate that the Debtor is not required to obtain credit counseling. Accordingly, the Debtor is not eligible to be a debtor under Title 11 and the case is due to be dismissed.

WHEREFORE, the Bankruptcy Administrator moves that the case be dismissed.

Respectfully submitted this the 22nd day of September 2021.

/s/ Danielle K. Greco
Danielle K. Greco (ASB-5970-I69G)
U.S. BANKRUPTCY ADMINISTRATOR
One Church Street, Suite 103
Montgomery, AL 36104
Telephone: (334) 954-3900
Email: Danielle_Greco@almba.uscourts.gov

## Certificate of Service

The undersigned hereby certifies that, on this the 22nd day of September 2021, a true and correct copy of the foregoing *Motion to Dismiss Case* was filed with the Court's CM/ECF system which will send electronic notice to the following:

Chapter 7 Trustee
Carly B. Wilkins
cwilkins@cbwlegal.com

Debtor's Counsel
Bill D. Bensinger
bdbensinger@csattorneys.com

I further certify that I served a true and correct copy of the foregoing via U.S.P.S. postage pre-paid on the following:

Debtor
James D. Bulgar
2211 U.S. Highway 31 North
Deatsville, AL 36022

/s/ Danielle K. Greco