-813211329

1
2
3
4
5
6
7
8
9
10     Friday, August 13, 2021
11          13:29:31
12
13
14
15
16
17
18
19
20
21
22

1 JIMMY BULGER: Hello?

2 GREG SCHMIDT: Jimmy.

3 JIMMY BULGER: Hey. How is it going?

4 GREG SCHMIDT: It's going. (Inaudible).

5 I'm getting my oil changed.

6 JIMMY BULGER: You are getting what?

7 GREG SCHMIDT: I'm getting my oil changed.

8 Something happened. I couldn't get the (inaudible).

9 JIMMY BULGER: Yeah, I know. That was

10 fine. I was just trying it until it went through.

11 Have you talked to Bill?

12 GREGSCHMIDT: (Inaudible) this morning.

13 JIMMY BULGER: Yeah. I talked to him. He

14 didn't talk to you since then?

15 GREGSCHMIDT: No.

16 JIMMY BULGER: Okay. Well --

17 GREGSCHMIDT: He hasn't told me anything.

18 JIMMY BULGER: All right. He was impressed

19 with my offer. He said, "That's a hell of an offer.

20 That's a strong offer," and I said, "Well" -- so talk

21 to him. I told him that, you know, that -- told him

Page 2

22  how it was, you know, that I was going to list every

23  single one of them promissory notes from him to me for

3

1   all them millions.  And let the trustee with unlimited

2   funds, he could deal with him.  Wouldn't be dealing

3   with me no more, or I can pull it out.  Huh?

4           GREG SCHMIDT:  Oh, okay.  I didn't know.

5           JIMMY BULGER:  Yeah.  See, I'm in

6   bankruptcy, and I've got to list all my assets.  So my

7   assets are those loans that I made to Billy.  So I'm

8   going to list them, and he can either take my offer or

9   I'm going to list them.  And then he won't be dealing

10  with me no more.  I will be out of it, and he will be

11  dealing with the trustee.  And the trustee has

12  unlimited funds.  They can do anything they want.  So

13  that will fuck him up.

14          GREG SCHMIDT:  Damn, that's good.  I'm

15  glad.

16          JIMMY BULGER:  Yeah.

17          GREG SCHMIDT:  I'm glad.  I wasn't sure if

18  Bill came through or not.  I'm glad.

19          JIMMY BULGER:  Yeah.  I feel confident with

20  it.

21          GREG SCHMIDT:   Great.  So we won't have to
22  put up with that damn judge anymore?
23          JIMMY BULGER:   Right, uh-huh (yes).  Yeah.

4

1   That's over with.
2           GREG SCHMIDT:   Okay.
3           JIMMY BULGER:   That's over with.  Yeah.
4           GREG SCHMIDT:   That's great.
5           JIMMY BULGER:   Have you got Debbie working?
6           GREG SCHMIDT:   She has (inaudible).
7           JIMMY BULGER:   I can't hear you.
8           GREG SCHMIDT:   I was getting my oil
9   changed, and he is telling me what they did.
10          JIMMY BULGER:   Okay.
11          GREG SCHMIDT:   But anyway, it don't matter.
12  I got it.  I'm getting out of here so I can hear you.
13          JIMMY BULGER:   No problem.
14          GREG SCHMIDT:   Thank you.  Okay.  Now talk.
15  I can hear you.
16          JIMMY BULGER:   All right.
17          GREG SCHMIDT:   That is wonderful.
18          JIMMY BULGER:   Yeah.  And then I may have
19  found a house.  I will know maybe this afternoon or

20  tomorrow about it. And you know right there on County
21  Line Road? Do you remember where that's at, County
22  Road 85?
23          GREG SCHMIDT: Yes.

5

1           JIMMY BULGER: Okay. And --
2           GREG SCHMIDT: Yes.
3           JIMMY BULGER: And do you remember where
4   that church is, Church of Christ, where Billy is buried
5   at?
6           GREG SCHMIDT: Yes.
7           JIMMY BULGER: Okay. Right across the
8   street from it, there is a house shaped like a barn.
9   And I might can get it. I'm trying to see, but there
10  is an upstairs master bath, bedroom and bath, and then
11  downstairs there is a master bedroom and bath.
12          GREG SCHMIDT: Oh, wow.
13          JIMMY BULGER: Yeah. It would work
14  perfect. It's a -- and the front yard is chain link
15  fenced and the backyard is privacy fence. And then
16  it's got a storage building, and it's got a little
17  office up front where she can do payroll. So if I can
18  get it for us, then we can move in it and just let

19  everything calm down and let me get my ideas going.
20  And then we'll -- we'll decide what all everybody wants
21  to do, put it together.
22           GREG SCHMIDT: Okay. That sounds great.
23  I'm going to ride by there and see if I can see the one

1  you are talking about.
2           JIMMY BULGER: Yeah.
3           GREG SCHMIDT: That's good. That's great.
4  That's great about Bill, you know, coming down there
5  and talking to you.
6           JIMMY BULGER: Yeah. He was impressed with
7  my offer. He was -- he was shocked about it because I
8  told him, I said, "I will give 10,000 a month. I would
9  give $100,000 a year, and then in three years, I would
10 have it completely paid off." I said or two and a
11 half, and he said he was going to reduce it down to
12 like 7,000 and make the offer and then let them counter
13 back or something. And then I said I will give -- I
14 will hold the rights to C-square to him, and then the
15 farm, I would pay it off within 90 days. And there was
16 one more thing. I can't remember what it was. Oh, and
17 I would let them sell Pinetucket houses. I would let

18  them build them and sell them, and I would just be
19  through with it.  Right.  So, I mean, that relieves him
20  of a lot of worry right there, and then that would
21  settle it.  But I said, "I will not let Jesse out of
22  it."  So --
23          GREG SCHMIDT:  Okay.  Good.

7

1           JIMMY BULGER:  And I won't.  I will just go
2  on and do what I'm going to do and be done with it
3  before I will ever do that.
4           GREG SCHMIDT:  Okay.
5           JIMMY BULGER:  But, you know, I have a -- I
6  had the receipt where I gave Billy that 400 and
7  something thousand cash on that building downtown, the
8  C-square.  I have a receipt for it.  So I will give
9  that receipt to the trustee too, and they will go after
10 him for it.  They will go after him for all that money.
11          GREG SCHMIDT:  So (inaudible) --
12          JIMMY BULGER:  Huh?
13          GREG SCHMIDT:  It's (inaudible.)
14          JIMMY BULGER:  The bankruptcy trustee.
15          GREG SCHMIDT:  Oh, I don't know how that
16 works.  Okay.

17      JIMMY BULGER: Yeah. I will be out of it.
18 It won't have anything to do with me no more. I won't
19 have any more lawyer fees or nothing. I will put all
20 that in there and everything.
21      GREG SCHMIDT: You will have to bring that
22 back there (inaudible).
23      JIMMY BULGER: No, no, no. It's over with.

8

1 All that is over with.
2      GREG SCHMIDT: Okay.
3      JIMMY BULGER: He has no power whatsoever,
4 but I said I would drop all my charges. I'm not
5 admitting to guilt because I am not guilty of shit, and
6 he doesn't have to. And we'll release it against each
7 other, and we'll agree. But, you know, he'll counter
8 back, but I gave Bill a very good size leeway that he
9 can approve and do it. And also that if we -- if we do
10 come to this agreement, they have to get the judge to
11 release me immediately.
12      GREG SCHMIDT: Oh, great, great. I'm so --
13 yes.
14      JIMMY BULGER: Yeah. So he is going to --
15      GREG SCHMIDT: (Inaudible).

16    JIMMY BULGER: Bill will probably call you,
17 or call him. He'll probably answer. He is probably on
18 the road on the way home. He may be home by now, but
19 call him.
20    GREG SCHMIDT: As soon as I can. I'm
21 driving back home in just a minute.
22    JIMMY BULGER: Yeah. But ride by and look
23 at that house.

1    GREG SCHMIDT: I will. That's what I'm
2 going to look for. I will do that.
3    JIMMY BULGER: And then I don't know that
4 we can get it, but it's looking pretty good that we
5 might can. And then that way I have a huge storage
6 building on it so I can store everything in there and
7 just, you know, at least stay there a year to figure
8 out what to do.
9    GREG SCHMIDT: Right. Okay.
10    JIMMY BULGER: But --
11    GREG SCHMIDT: That sounds wonderful.
12    JIMMY BULGER: Yeah, yeah. That way we can
13 get the Airbnb going full speed and, you know, get the
14 -- get the farm going Airbnb full speed and so --

15   GREG SCHMIDT: Okay.

16   JIMMY BULGER: All right.

17   GREG SCHMIDT: Yes. That would be great.

18   JIMMY BULGER: All right. Everything else
19 okay?

20   GREG SCHMIDT: Yeah. Everything is fine.
21 Just hot over here and everything is fine. The babies
22 are fine. Just, you know, Bam Bam is depressed, but I
23 keep holding him as much as I can.

10

1   JIMMY BULGER: Yeah. And Ricky said he
2 took them out in the front yard yesterday.

3   GREG SCHMIDT: Yeah. He said he was going
4 to (inaudible).

5   JIMMY BULGER: He said he would do it again
6 today.

7   GREG SCHMIDT: That's good. I'm glad he
8 is. I haven't talked to Ricky, but I'll talk to him
9 soon.

10   JIMMY BULGER: Okay. Good. So I have a
11 lot of excitement going so that will be -- that will be
12 good. But he is going to counter back with something.
13 You know, I know he'll counter back with something

14　crazy.

15　　　　　　GREG SCHMIDT: Oh, yeah.

16　　　　　　JIMMY BULGER: But I will just tell him

17　we'll have to see him in court then. I mean, I told

18　him that too. I mean, it's over with for me. I do

19　these -- I do these 40 days, I ain't got to put up with

20　shit. I mean, I'm out of it.

21　　　　　　GREG SCHMIDT: Yeah. I'm glad that that

22　means you don't have to put up with no more shit.

23　　　　　　JIMMY BULGER: Yeah. And then the other

11

1　thing too is that I talked to the credit lady, and she

2　said if those -- if my documents hadn't been filed,

3　it's only the request of filing. She said all you have

4　to do is get your attorney to write a letter to say it

5　was a clerical error or something like that. And she

6　said, "I will submit it to the credit bureau, and that

7　will come right off of you. And you will be right

8　where you were at."

9　　　　　　GREG SCHMIDT: Oh, wow. That's wonderful.

10　I didn't know how that worked.

11　　　　　　JIMMY BULGER: Yes. And that way it won't

12　ruin me and make me have to start all over again.

Page 11

| | |
|---|---|
| 13 | GREG SCHMIDT: Right. |
| 14 | JIMMY BULGER: So it's all -- you know, |
| 15 | it's all coming together, and in here was fine because |
| 16 | the doctor had told me to take a couple of more weeks |
| 17 | of just bedrest. So it's really been good because it |
| 18 | let me rest too, you know, and let me think. |
| 19 | GREG SCHMIDT: Right. |
| 20 | JIMMY BULGER: Yeah. |
| 21 | GREG SCHMIDT: But you are okay? |
| 22 | JIMMY BULGER: Yeah, yeah. I'm fine. |
| 23 | GREG SCHMIDT: You are okay? |

12

| | |
|---|---|
| 1 | JIMMY BULGER: Yeah. Yeah, I'm fine. |
| 2 | GREG SCHMIDT: That's wonderful. And I |
| 3 | hope Bill comes through with you soon. |
| 4 | JIMMY BULGER: Yeah. He was impressed with |
| 5 | my offer. He was definitely shocked. |
| 6 | GREG SCHMIDT: Right. As long as he does |
| 7 | it quick. |
| 8 | JIMMY BULGER: Yeah, I do too. He is only |
| 9 | going to give them until Tuesday afternoon to have it |
| 10 | done. |
| 11 | GREG SCHMIDT: Okay. Great, okay. |

Page 12

12  JIMMY BULGER: So they can get in front of
13 the judge by Wednesday and sign it and release me.
14  GREG SCHMIDT: Oh, yeah. You can get out
15 of there quicker.
16  JIMMY BULGER: Yeah. Probably Wednesday or
17 Thursday, if it all works right.
18  GREG SCHMIDT: Well, I hope it does. It
19 will. It will. I'm confident.
20  JIMMY BULGER: Yeah. I feel confident with
21 it. Yeah. I don't think it will be a problem.
22  GREG SCHMIDT: Okay.
23  JIMMY BULGER: I mean, all they wanted to

13

1 do was -- now they can -- like Bill will tell you, he
2 will bring it to the courthouse. You know, he just
3 wants out. That makes their head swell up. "Oh, I
4 told him he would handle him. We would put him in
5 jail," you know, and all this kind of dumb shit. And
6 you just feed into their egos because that's all it is
7 is a damn ego. I don't give a fuck. I ain't got
8 nothing to do with them. Jesse likes all that shit.
9 Jesse wants to be around all them kind of people. He
10 wants to act like he's somebody and that's how he --

11 that's his age group, and that's what he needs. And,
12 you know, I'm happy for him. And I'm not going to go
13 after him in every direction, but I am going to -- I am
14 going to clear up some things. I mean, he runs around
15 here like he -- like he is Don Juan or something or
16 another, but I am going to straighten up some stuff.
17 But I'm not going to go after him full force. I could,
18 but I'm not.
19     GREG SCHMIDT: Yes. Okay. Good.
20     JIMMY BULGER: All right.
21     GREG SCHMIDT: That's great. Glad about
22 that.
23     JIMMY BULGER: Me too. All righty. Well,

14

1 I will call you back before four o'clock.
2     GREG SCHMIDT: Okay.
3     JIMMY BULGER: And I got my store.
4     GREG SCHMIDT: You did get it? Good.
5     JIMMY BULGER: Yeah. I got my store. And
6 they had already taken the money off, but I didn't know
7 that. I thought it was -- I thought the balance was
8 200 and then they were going to take the store off and
9 I might not have enough to get it. And that's what was

10  making me nervous yesterday, but they had already taken

11  it off.  You know, I didn't know that.  Kenny came by

12  and put more on, I don't know.

13          GREG SCHMIDT:  I tried to tell him -- I

14  told him to put 25 on there.  It was (inaudible), and

15  then it wouldn't let me put much on there.

16          JIMMY BULGER:  Okay.

17          GREG SCHMIDT:  Maximum limit.  Well, I'm

18  glad you got it.

19          JIMMY BULGER:  All right.  Okay.  Well,

20  I'll -- is it about to cut us off?

21          GREG SCHMIDT:  Yes.  It's beeping on my

22  end.

23          JIMMY BULGER:  All right.  I love you.  I

15

1  will talk to you later.

2          GREG SCHMIDT:  Okay.  Love you.

3

4

5

6

7

8

Page 15

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

16

1                    C E R T I F I C A T E

2

3

4   STATE OF ALABAMA)

5   JEFFERSON COUNTY)

6

7           I hereby certify that the above and foregoing

Page 16

8  proceeding was taken down by me by stenographic means,

9  and that the questions and answers therein were

10  produced in transcript form by computer aid under my

11  supervision, and that the foregoing represents, to the

12  best of my ability, a true and correct transcript of

13  the proceedings occurring on said date at said time.

14       I further certify that I am neither of counsel

15  nor of kin to the parties to the action; nor am I in

16  anywise interested in the result of said case.

17       Signed the 28th day of October, 2021.

18

19  _____

20            /s/ Anne E. Miller

21              ACCR #486

22             Expires 9/30/22

23      My commission expires 11/19/23