1
2
3
4
5
6
7
8
9
10     Sunday, August 22, 2021
11            10:35:41
12
13
14
15
16
17
18
19
20
21
22

Case 21-31333    Doc 65-2    Filed 11/22/21    Entered 11/22/21 23:12:24    Desc Exhibit B    Page 1 of 12

1  JIMMY BULGER: Hey.

2  GREG SCHMIDT: Hello. Hey.

3  JIMMY BULGER: We don't go out until

4 tomorrow afternoon so I won't be able to call you back.

5  GREG SCHMIDT: Tomorrow afternoon?

6  JIMMY BULGER: Yeah.

7  GREG SCHMIDT: Okay.

8  JIMMY BULGER: All right. Hey, bring 1500

9 with you when you come.

10  GREG SCHMIDT: Okay. When I pick you up?

11  JIMMY BULGER: Yeah. I will let you -- you

12 will probably know it before I know it.

13  GREG SCHMIDT: What?

14  JIMMY BULGER: The deal, Bill ought to let

15 you know. If you don't mind, text him tonight or

16 something or another and then text him in the morning,

17 you know, reminding him --

18  GREG SCHMIDT: I will.

19  JIMMY BULGER: -- to stay on that

20 motherfucker.

21  GREG SCHMIDT: Oh, I will. I want you out

22  of there as fast as we can.  He texts me right back

23  when I text him.

1           JIMMY BULGER:   Okay.

2           GREG SCHMIDT:   (Inaudible).

3           JIMMY BULGER:   I mean, either way -- you

4  know, either way is fine.  But if he -- if he is stupid

5  enough not to do that, then, you know, I would have to

6  do the other 20 days.  Because Tuesday, I will be done

7  20 days.

8           GREG SCHMIDT:   I know.  That's just -- if

9  he is gone, it's just (inaudible) -- you know, with the

10 bankruptcy court, like you said.

11          JIMMY BULGER:   Yeah.

12          GREG SCHMIDT:   (Inaudible).

13          JIMMY BULGER:   Yeah.  But I hate to have to

14 go through it because Bill can write me a letter that

15 says it was like a clerical error or, you know, word it

16 some kind of legal way.  I don't know how the hell to

17 word it, but he can word it some kind of way.  And I

18 can give it to that lady, and she can get that taken

19 right back off.  And then I will get the house signed

20 back over to me, and I will go to the bank and borrow

21 against it. I will try to get a million or so and --

22 because I will qualify for it. And then -- and then --

23 I got all kinds of -- I'm just -- I mean, something

4

1 good comes out of everything. I'm just -- you know, I

2 feel better.

3         GREG SCHMIDT: Yeah.

4         JIMMY BULGER: It gave me time to go on and

5 finish healing because I wasn't healed. I knew I

6 wasn't, you know, but I was so anxious because I had

7 laid around for -- shit, seemed like six months or

8 something or other that I had been just down.

9         GREG SCHMIDT: That (inaudible).

10         JIMMY BULGER: Huh-uh (no), no. I'm okay.

11 You know, I don't -- I can tell that I still can't -- I

12 wouldn't be able to walk far, you know, but that part

13 of me is -- I'm going to have to build it back, but

14 that's -- but I can do that, you know. But like if we

15 went to Dollywood, I would still have to have that

16 wheelchair because I wouldn't be able to -- I couldn't

17 do that.

18         GREG SCHMIDT: Oh, yeah.

19         JIMMY BULGER: Yeah. But I can walk around

20  again now.  But, no.  That pain under my chest has gone

21  away and, hell, I feel -- I feel a lot better, but, you

22  know, I was just fixing to build that house over there

23  on that three and a half acres, you know, build another

5

1   big house.  But now I have got -- man, I have it down

2   to -- I got the -- I got the -- I got the plan.

3           GREG SCHMIDT:  Okay.

4           JIMMY BULGER:  You know, that way I don't

5   make the same mistake twice, you know.

6           GREG SCHMIDT:  (Inaudible).  I can't wait

7   to hear it.

8           JIMMY BULGER:  I'm going to get as many of

9   these Airbnb's going as I can.  And then I'm going to

10  buy the -- try to buy another -- if I can get that loan

11  against the house, I will buy another cabin in the

12  mountains and just get like a closet, like I got at the

13  house, you know, and just lock our stuff up in it.  And

14  then when we want to go, just mark off those dates and

15  then that way keep it where it's making money too.

16          GREG SCHMIDT:  Oh, yeah.

17          JIMMY BULGER:  And then -- it will be like

18  an Airbnb.  You know, it would just be the same thing.

19	GREG SCHMIDT: Yes. That sounds good.
20 Okay.
21	JIMMY BULGER: Yeah. I got -- I got a lot
22 of plans. I just -- you know, I know these phones are
23 recording my conversations so I don't want to say too

6

1 much.
2	GREG SCHMIDT: Right.
3	JIMMY BULGER: But, yeah. He would be a
4 fucking idiot not to -- not to do that because I'm
5 giving him everything, I mean, including the
6 neighborhood. I mean, you can't -- you can't get no
7 better than that.
8	GREG SCHMIDT: I know it. I would take it
9 in a heartbeat.
10	JIMMY BULGER: Huh?
11	GREG SCHMIDT: I would take it.
12	JIMMY BULGER: Hell, yeah. He ain't going
13 to get nothing no other way.
14	GREG SCHMIDT: No. He can't even get as
15 much.
16	JIMMY BULGER: Yeah.
17	GREG SCHMIDT: (Inaudible).

18        JIMMY BULGER: He is stupid for doing it
19   anyway because I was doing 40,000 to start with.  I
20   mean -- and shit.  But that was based on the fact that,
21   yeah, that we were doing the houses.  Me and him were
22   doing houses together and all that, and I could have
23   kept it moving fast enough.  That's why I said

7

1    something good comes from everything so --
2         GREG SCHMIDT: Oh, yeah.
3         JIMMY BULGER: I mean, either way, whatever
4    he chooses is fine because I have done these days.  I
5    mean, come Tuesday, I will be looking at ten -- you
6    know, I only got to do ten more days, and then I don't
7    have but ten.  You know, I know how to do it.  I mean,
8    it ain't my first time so -- I know how to handle it.
9         GREG SCHMIDT: Yeah (inaudible).  We have
10   to get you out of there.  (Inaudible).
11        JIMMY BULGER: Yeah.
12        GREG SCHMIDT: He knows (inaudible).  And
13   that damn (inaudible).
14        JIMMY BULGER: But that -- that -- my other
15   plan, that's why I'm -- that's why I'm wanting you to
16   know every single thing.  You know, like after -- you

Page 7

17  know, like maybe -- I mean, I don't know how to do

18  stuff like that at all.  You know, my mind don't even

19  comprehend it, but what I was thinking was maybe you

20  sit in Debbie's seat and her guide you through

21  everything because hands-on is how you are going to

22  learn it, you know.

23          GREG SCHMIDT:  Yeah.  I'm doing that with

8

1  previous checks, and she is going to show me some.  And

2  I have to get that in mind.

3          JIMMY BULGER:  Okay.

4          GREG SCHMIDT:  But when we have checks to

5  be written, I want to (inaudible).

6          JIMMY BULGER:  Okay.

7          GREG SCHMIDT:  I mean, and she showed me

8  how many phones are all over there and (inaudible).

9          JIMMY BULGER:  Yeah.  Well, that will be

10  good.

11          GREG SCHMIDT:  (Inaudible).

12          JIMMY BULGER:  Yeah.

13          GREG SCHMIDT:  It takes me a while to learn

14  it.

15          JIMMY BULGER:  That's all right.  It don't

Page 8

16 matter, just as long as you know it and can't nobody
17 fuck us over no more, you know. I'm just tired of it.
18 Man, I can't -- you know, I'm getting old and, hell, I
19 can't -- I can't hold up to it. This last go round
20 like to have killed me though because I can't -- I
21 cannot drink like that no more. I mean, I just can't
22 do it.
23     GREG SCHMIDT: No. (Inaudible).

9

1     JIMMY BULGER: I was under so much stress
2 and so much pressure with him until -- you know, and
3 I'm losing out my ass, you know, by giving him all
4 that. But I'm just trying to put it behind me because,
5 hell, I have done come up with another -- you know, I
6 bounce back so I'm like fuck it.
7     GREG SCHMIDT: I know. (Inaudible). I
8 understand.
9     JIMMY BULGER: Yeah, because he owes me.
10 But they did their thing so it is what it is. All
11 right. Well, I will talk to you later.
12     GREG SCHMIDT: Okay. You can't call me
13 back?
14     JIMMY BULGER: Huh-uh (no). I won't be

15 able to call you until after one tomorrow.

16         GREG SCHMIDT: Okay.

17         JIMMY BULGER: But maybe you will know

18 something.

19         GREG SCHMIDT: I hope so.

20         JIMMY BULGER: Yeah. Did it work -- the

21 way I called you this time, did it let you know how

22 much money was on there? Huh?

23         GREG SCHMIDT: Seventy, you have $71.

        10

1         JIMMY BULGER: Oh, okay.

2         GREG SCHMIDT: And I called back the lady,

3 (inaudible), and she told me (inaudible).

4         JIMMY BULGER: Okay. Good.

5         GREG SCHMIDT: It didn't last too long.

6         JIMMY BULGER: But I have to catch the

7 store off of it. Oh, I was talking about on my books.

8         GREG SCHMIDT: Right, right. That's that

9 too. Yeah. We'll get that. I know how to do that

10 with the computer. I can do that on the computer.

11         JIMMY BULGER: Okay. All right. All

12 right. Well, I love you. I will talk to you later.

13         GREG SCHMIDT: Okay.

14      JIMMY BULGER: All right. Bye-bye.

15

16

17

18

19

20

21

22

23

11

1           C E R T I F I C A T E

2

3  STATE OF ALABAMA)

4  JEFFERSON COUNTY)

5

6       I hereby certify that the above and foregoing

7  proceeding was taken down by me by stenographic means,

8  and that the questions and answers therein were

9  produced in transcript form by computer aid under my

10 supervision, and that the foregoing represents, to the

11 best of my ability, a true and correct transcript of

12 the proceedings occurring on said date at said time.

Page 11

```
13        I further certify that I am neither of counsel
14   nor of kin to the parties to the action; nor am I in
15   anywise interested in the result of said case.
16        Signed the 30th day of October, 2021.
17
18                        _____
19                            /s/ Anne E. Miller
20                                ACCR #486
21                              Expires 9/30/22
22                       My commission expires 11/19/23
23
```

Case 21-31333   Doc 65-2   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc Exhibit B   Page 12 of 12