STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
CERTIFICATE OF FORMATION

```
RLPY    2020  41622
Recorded In Above Book and Page
06/24/2020 12:16:37 PM
JOHN THORNTON
PROBATE JUDGE
Elmore County, AL

Recording Fee      56.00
TOTAL              56.00
```

State of Alabama, Elmore County
I, John Thornton, Judge of Probate, Elmore County, Alabama, hereby certify that the within and foregoing is a true and correct copy of the original on file in this office.
Witness my hand and seal this _____ day of _____, 20___.

_____
John Thornton, Judge of Probate
(For County Probate Office Use Only)

PURPOSE: In order to form a limited liability company (LLC) under Section 10A-5A-2.01 of the Code of Alabama 1975 this Certificate Of Formation and the appropriate filing fees must be filed with the Office of the Judge of Probate in the county where the entity's initial registered office is located. **The information required in this form is required by Title 10A.**

INSTRUCTIONS: Mail one (1) signed original and two (2) copies of this completed form and the appropriate filing fees to the Office of the Judge of Probate in the county where the limited liability company's (LLC) registered office is/will be located. Contact the Judge of Probate's Office to determine the county filing fees. **Make a separate check or money order payable to the Secretary of State for the state filing fee of $100.00** for standard filing and the Judge of Probate's Office will transmit the fee along with a certified copy of the Certificate to the Office of the Secretary of State within 10 days after the Certificate is filed. Your notification of filing was provided by the Probate Judge's Office via a stamped copy which is evidence of existence (if it is certified by the Probate Office) according to 10A-1-4.04(c) and the Secretary of State's Office does not send out a copy. You may pay the Secretary of State fees by credit card if the county you are filing in will accept that method of payment. Your entity will not be indexed if the credit card does not authorize and will be removed from the index if the check is dishonored ($30.00 fee).

### The information completing this form must be typed (for your convenience the information is fill-able on this computer form on the website above).

1. The name of the limited liability company (must contain the words "Limited Liability Company" or the abbreviation "L.L.C." or "LLC," and comply with Code of Alabama, Title 10A-1-5.06. You may use Professional or Series before Limited Liability Company if they apply or you may use those abbreviations):
   _Jimmy James D. Bulger, LLC_

2. A copy of the Name Reservation certificate from the Office of the Secretary of State must be attached and the name reserved must agree with item 1 above [proves name reservation under 10A-1-4.02(f)].

This form was prepared by: (type name and full address)
James D. Bulger
2211 US Hwy 31 N
Deatsville, AL 36022

RECEIVED DATE

JUN 2 9 2020

SECRETARY OF STATE
OF ALABAMA

(For SOS Office Use Only)

```
Alabama
Sec. Of State

New Entity
636-316        DSL
Date    6/29/2020
Time         14:04
200629       3 Pg

File      $100.00
Ackn         $.00
Exp          $.00

Total     $100.00
07/109
```

LLC Cert of Formation - 01/2020              Page 1 of 2

**DOMESTIC LIMITED LIABILITY COMPANY (LLC) CERTIFICATE OF FORMATION**

3. The name of the Registered Agent located at the Registered Office (only one agent):

   James D. Bulger

   Street (**No PO Boxes**) address of Registered Office (must be located in Alabama):

   2211 Us Hwy 31 N

   Mailing address in Alabama of Registered Office (if different from street address):

   Deatsville, AL. 36022

4. The undersigned certify that there is at least one member of the limited liability company.

5. Check **only** if the type applies to the Limited Liability Company being formed:

   [✓] Series LLC complying with Title 10A, Chapter 5A, Article 11    RLPY    2020    41623

   [ ] Professional LLC complying with Title 10A, Chapter 5A, Article 8

   [ ] Non-Profit LLC complying with 10A-5A-1.04(c)

6. The filing of the limited liability company is effective immediately on the date filed by the Judge of Probate or at the delayed filing date (cannot be prior to the filing date) specified in this filing. 10A-1-4.12

   The undersigned specify 06 / 04 / 2020 as the effective date (must be on or after the date filed in the office of the county Judge of Probate, but no later than the 90th day after the date this instrument was signed) and the time of filing to be ___ : ___ [ ] AM or [ ] PM. (cannot be noon or midnight - 12:00)

   [ ] Attached are any other matters the members determine to include herein ( if this item is checked there must be attachments with the filing).

   06 / 04 / 2020
   Date    (MM/DD/YYYY)

   Signature as required by 10A-5A-2.04

   James D. Bulger
   Typed Name of Above Signature

   OWNER
   Typed Title (Organizer or Attorney-in-fact)

   Additional Organizers/Attorney-in-facts may sign (add additional sheets if necessary).

Case 21-31333   Doc 65-4   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc Exhibit
                           D    Page 2 of 4

John H. Merrill
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Jimmy James D. Bulger, LLC.**

This name reservation is for the exclusive use of James D. Bulger, 2211 US Hwy 31 North, Deastville, AL 36022 for a period of one year beginning June 03, 2020 and expiring June 03, 2021



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

June 03, 2020

**Date**



RES886042

**John H. Merrill**    **Secretary of State**

STATE OF ALABAMA

## DOMESTIC LIMITED LIABILITY COMPANY (LLC)
## ARTICLES OF DISSOLUTION

PURPOSE: In order to dissolve a Limited Liability Company (LLC) under Section 10A-1-9.11 and 10A-5A-7.02(b) of the Code of Alabama 1975 these Articles of Dissolution and the appropriate filing fees must be filed with the Secretary of State's office. The information required in this form is required by Title 10A.

1. The name of the Limited Liability Company as recorded on the Certificate of Formation:

   Jimmy James D. Bulger, LLC.

2. Alabama Entity ID Number (Format: 000-000): 636 - 316  **TO OBTAIN ID NUMBER** Go to our website at www.sos.alabama.gov click on Business Services (below picture), click on Business Entity and Name Search, click on Entity Name, enter the name of the entity in the appropriate box, and enter. Click on the number and verify that this is the correct entity. **This step is strongly recommended.**

3. The date the Certificate of Formation was filed: 06 / 24 / 2020 (MM/DD/YYYY)

4. Reason for filing the Articles of Dissolution: no longer in business

5. The effective date of the Articles of Dissolution: 07 / 23 / 2021 (MM/DD/YYYY)

6. The limited liability company listed above has dissolved.

james d bulger
Signature as required by 10A-5A-2.04

james d bulger
Typed Name of Above Signature

owner
Typed Title/Capacity to Sign under 10A-5A-2.04

07 / 22 / 2021
Date (MM/DD/YYYY)

(For SOS Office Use Only)

This form was prepared by: (name and full address)

Alabama Sec. Of State    DSL
636-316
Date 07/22/2021
Time 08:51:00
File $100.00
Exp $0.00
Total $100.00

Domestic LLC Dissolution - 01/2021                Page 1 of 1