1

  1
  2
  3
  4
  5
  6
  7
  8
  9
 10                    Friday, August 20, 2021
 11                           10:11:43
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23

```
 1              RICKY ADAMS:  Hey.
 2              JIMMY BULGER:  Hello.
 3              RICKY ADAMS:  Hey.
 4              JIMMY BULGER:  Hey.  I just got out of a
 5   meeting with Bill, and so Billy's lawyer said that that
 6   was a good offer and he would strongly recommend them
 7   to take it.  And he would -- he didn't know -- he would
 8   try to get it done this afternoon, but he didn't know
 9   how fast that he could get it done and that they would
10   call the judge to release me.
11              RICKY ADAMS:  Good.
12              JIMMY BULGER:  A soon as Billy agrees to
13   it, then they will call the judge to release me.
14              RICKY ADAMS:  He better agree to it.  Your
15   client.
16              JIMMY BULGER:  Yeah.  If he don't agree to
17   it, he is stupid as hell.  He was hung up on them damn
18   trucks.  I said, "Man," I said, "I don't own them
19   trucks.  They are his."  And he said, "Well, he says
20   they are yours."  I said, "No."  I said, "They are his
21   trucks."  I said, "I had them sold."  I had the whole
22   trucking company sold, I said, but he wanted me to
23   bring them out to his house that day.  And I said --
```

3

and I had them taken out there. I said -- and he killed the sale of the trucking company. He said, well, he just couldn't understand why. I said, "Because he don't listen." I said, "He is on such a power trip," but anyway, I did real well.

RICKY ADAMS: Well, that's good.

JIMMY BULGER: If it goes through, which I'm sure it will, because his lawyer agreed to it so --

RICKY ADAMS: Yeah.

JIMMY BULGER: He would be an idiot because just like Bill told him, said, "If it goes through this bankruptcy," he said, "y'all are screwed," he said, "because the trustee is saying let's keep it in there for three years. You won't get nothing. And Jimmy, Jimmy is free and clear to do whatever he wants to do." So maybe I can be out today or over the weekend or Monday.

RICKY ADAMS: I will pick you up.

JIMMY BULGER: Hell, yeah. Hell, yeah. I feel better now though. I was about to snap a while ago though for real.

RICKY ADAMS: Yeah.

JIMMY BULGER: I thought I was going to

1 slap one of these knuckleheads. Shit. You know me, I
2 can't take -- they already told them too. They said,
3 "Oh, that's big Jimmy. Y'all better look out. He is
4 crazy." I said, "Man, I'm old as hell, bitch." He
5 said they were telling stories about me. They all know
6 me. They were telling stories about me in prison and
7 shit, and I was like, "Lord, have mercy. I was awful."
8 They could -- they said he had that motherfucker in the
9 shower and said he was wringing his head on that -- hit
10 his head on that toilet, and he said it sounded like a
11 dinner bell going off. And I remember doing it too
12 when they said it. I was shocked, poor thing. Crazy.
13     RICKY ADAMS: Embarrassing.
14     JIMMY BULGER: Yeah. I said, "Man, quit
15 telling that about me." It was just funny.
16     RICKY ADAMS: That's good.
17     JIMMY BULGER: Yeah. We got to -- we got
18 to calm -- I will calm him down. It won't take me but
19 a minute. I will tell him quick, with a quickness.
20     RICKY ADAMS: (Inaudible.) He said -- I
21 ain't talked to him. I have to talk to him in a
22 minute. And people supposed to tell me to get --
23 Airbnb so I'm going to greet them in a little while

1  when they get here.
2              JIMMY BULGER:  Okay.  I told Greg to go
3  ahead and get my stuff out of that closet and stick it
4  in that back room real quick just in case.
5              RICKY ADAMS:  Yeah.
6              JIMMY BULGER:  Because I can stay back
7  there just in case.  Yeah.  So -- and let them know
8  that the caretakers will have to be -- you know, they
9  have to check the animals and don't get over in the
10 goat pen or anything like that.  Let them know don't --
11             RICKY ADAMS:  Yeah.  I have to let them
12 know.  I'm going to say we have somebody that comes
13 through here, so if you see him, don't pay him no mind.
14             JIMMY BULGER:  Okay.  All right.  That
15 sounds good.  All right.  Well, that sounds good then.
16 Well, I'm excited.  I feel better.
17             RICKY ADAMS:  I'm putting some clothes on
18 so I can look presentable and show them and tell them
19 everything that I need to, you know.
20             JIMMY BULGER:  Yeah.  Because that's going
21 to be a cash cow.  You are going to love my ideas.
22 Have you ever heard from Jay?
23             RICKY ADAMS:  Yeah.  He was -- he said --

1  he said, "I had a gift for you."  He said, "I was about
2  to give you the money," and then he was like, "but I
3  knew your situation.  So I'm going to hold on to it."
4  I started laughing.  I said, "Well, he is doing all
5  right."  I said, "I will let him know."
6          JIMMY BULGER:  He had a gift for me?
7          RICKY ADAMS:  Yeah, he had a gift for you.
8  But he knew your situation so he kept it.  I said, "You
9  are so funny."
10         JIMMY BULGER:  He is cool as hell though.
11         RICKY ADAMS:  (Inaudible.)
12         JIMMY BULGER:  I think you will like him.
13 I mean, I don't even know him, you know what I mean?  I
14 mean, we have been talking, but then when we met, it
15 was just pretty cool.  I just have to quit, you know,
16 hanging around being bums, you know.  But you did good
17 with Darius because you ran him off.  I mean, you put
18 his ass on the glass so fast, that shit was so funny.
19 I thought, "Goddamn, Ricky."  I thought, "Lord, have
20 mercy."  We are in a skating rink now.
21         RICKY ADAMS:  (Inaudible.)
22         JIMMY BULGER:  You called him all the way
23 out.  You said, "I know everything.  Your cousin lives

```
 1  there.  My cousin lives there.  My other cousin lives
 2  over there.  You worked for that place."
 3           RICKY ADAMS:  (Inaudible.)
 4           JIMMY BULGER:  Uh-huh (yes).  His mouth was
 5  -- his mouth was wide open.  That shit was so funny.  I
 6  thought, "Okay, get him.  All right."  And then you
 7  kept right on being cool with the people beside us.
 8  Went ahead and nailed his ass to the cross, turned and
 9  went on around."  See, I would have been like, "What's
10  up?  What's happening?  Do you have a problem?"  No, it
11  was funny.  You were smooth with it, man.  You hooked
12  him up.  All right.  Well, I love you.  I will talk to
13  you maybe tomorrow or something.  Tomorrow I go out in
14  the afternoon.  All right.
15           RICKY ADAMS:  Okay.
16           JIMMY BULGER:  Bye-bye.
17
18
19
20
21
22
23
```

1            C E R T I F I C A T E

2

3 STATE OF ALABAMA)

4 JEFFERSON COUNTY)

5

6         I hereby certify that the above and foregoing

7 proceeding was taken down by me by stenographic means,

8 and that the questions and answers therein were

9 produced in transcript form by computer aid under my

10 supervision, and that the foregoing represents, to the

11 best of my ability, a true and correct transcript of

12 the proceedings occurring on said date at said time.

13         I further certify that I am neither of counsel

14 nor of kin to the parties to the action; nor am I in

15 anywise interested in the result of said case.

16         Signed the 1st day of November, 2021.

17

18                         _____

19                         /s/ Anne E. Miller

20                             ACCR #486

21                           Expires 9/30/22

22                     My commission expires 11/19/23

23

C E R T I F I C A T E

STATE OF ALABAMA)

JEFFERSON COUNTY)

     I hereby certify that the above and foregoing proceeding was taken down by me by stenographic means, and that the questions and answers therein were produced in transcript form by computer aid under my supervision, and that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings occurring on said date at said time.

     I further certify that I am neither of counsel nor of kin to the parties to the action; nor am I in anywise interested in the result of said case.

     Signed the 1st day of November, 2021.

_____

/s/ Anne E. Miller

ACCR #486

Expires 9/30/22

My commission expires 11/19/23