# STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
CERTIFICATE OF FORMATION

1. THE NAME OF THE LIMITED LIABILITY COMPANY

**Renaissance Builders LLC**

2. THIS FORM WAS PREPARED BY:

James D Bulger

3. THE NAME AND STREET (NO PO BOXES) ADDRESS OF THE REGISTERED AGENT LOCATED AT THE REGISTERED OFFICE (MUST BE LOCATED IN ALABAMA):

James D Bulger Bulger
2211 US Hwy 31 North
Deastville, AL 36022
AUTAUGA

MAILING ADDRESS IN ALABAMA OF REGISTERED OFFICE (IF DIFFERENT FROM STREET ADDRESS):

4. THE UNDERSIGNED CERTIFY THAT THERE IS AT LEAST ONE MEMBER OF THE LIMITED LIABILITY COMPANY.

5. CHECK ONLY IF THE TYPE APPLIES TO THE LIMITED LIABILITY COMPANY BEING FORMED:

☐ NON-PROFIT LLC

☐ NON-PROFIT SERIES LLC

☐ PROFESSIONAL SERIES LLC

☐ PROFESSIONAL LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 8

☐ SERIES LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 11

(FOR SOS OFFICE USE ONLY)

```
    Alabama
 Sec. Of State
 830-377      DLL
 Date    01/19/2021
 Time      10:27:00
 File       $100.00
 County     $100.00
 Exp          $0.00
             -------
 Total      $200.00
```

6. THE UNDERSIGNED SPECIFY    01/22/2021 10:22    AS THE EFFECTIVE DATE AND THE TIME OF FILING

☐ ATTACHED ARE ANY OTHER MATTERS THE MEMBERS DETERMINE TO INCLUDE HEREIN

7. ORGANIZER(S) - OPTIONAL

Not Applicable

| 01/19/2021 | James D Bulger Owner |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

John H. Merrill  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Renaissance Builders LLC**

This name reservation is for the exclusive use of James D Bulger, 2211 US Hwy 31 North, Deastville, AL 36022 for a period of one year beginning January 19, 2021 and expiring January 19, 2022



RES926226

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.

January 19, 2021  
**Date**

**John H. Merrill**     Secretary of State

STATE OF ALABAMA

CHANGE OF REGISTERED AGENT
OR REGISTERED OFFICE BY ENTITY

PURPOSE: To change an entity's registered office, its registered agent, or both, by delivering to the Secretary of State for filing a statement of change in accordance with 10A-1-5.32. Use a separate form for each separate Entity ID number.

INSTRUCTIONS: Mail one (1) signed original and one (1) copy of this completed form along with a self-addressed, stamped envelope with the filing fee of $100.00 (credit card, check, or money order) to the Secretary of State, Business Services, P.O. Box 5616, Montgomery, Alabama 36103-5616. or you may email the filing to miscellaneous.filings@sos.alabama.gov If you are submitting this filing via email and would like a copy returned to you, check $4.00 copy fee on the credit card payment form. Your filing will not be indexed if the credit/debit card does not authorize and will be removed from the index if the check is dishonored ($30 fee)

Item 3 is the information pertaining to the current registered agent and office location currently on file with the Secretary of State. Complete this for verification purposes. You may change the name of the agent, the street address of the registered office, and the mailing address of the registered office, or any one of the three (items 4, 5, and 6).

**This form must be typed.**

1. Alabama Entity ID Number (Format: 000-000): ____830 - 377____ TO OBTAIN ID NUMBER Go to our website at www.sos.alabama.gov click on Business Services (below picture), click on Business Entity and Name Search, click on Entity Name, enter the name of the entity in the appropriate box, and enter. Click on the number and verify that this is the correct entity. **This step is strongly recommended.**

2. The name of the entity as registered with the Secretary of State of Alabama:

   Renaissance Builders LLC

3. The name of the Registered Agent currently registered entity with the Secretary of State of Alabama:

   James D Bulger Bulger

   Street (**No PO Boxes**) address of the Registered Office: _____

   2211 US Hwy 31 N Deatsville AL. 36022

   Mailing address of Registered Office (if different from street address): _____

This form was prepared by: (type name and full address)

| James D Bulger<br>2211 US Hwy 31 N<br>Deatsville, AL. 36022 | RECEIVED DATE<br><br>MAR 04 2021<br>MCM<br>SECRETARY OF STATE<br>OF ALABAMA |
|---|---|

Agent/Office Address Change – 1/2021    Page 1 of 2

(For SOS Use Only)

```
Alabama
Sec. Of State

Entity Change
830-377      DLL
Date    3/04/2021
Time        17:00
210305       2 Pg

File     $100.00
County     $.00
               --------
Total    $100.00
01/047
```

Case 21-31333  Doc 65-8  Filed 11/22/21  Entered 11/22/21 23:12:24  Desc Exhibit H  Page 4 of 9

## CHANGE OF REGISTERED AGENT OR REGISTERED OFFICE BY ENTITY

4. Change the name of the Registered Agent (must be located in Alabama) for this entity to:

   Ricky D Adams
   
   The new registered agent must sign the consent to appointment in consent box prior to filing.

5. Change the street (**No PO Boxes**) address in Alabama of the Registered Office to:

   715 Madison Ave. Montgomery AL 36104

6. Change the mailing address of the Registered Office (if different from street address) to:

7. The entity certifies that the street address of the registered office and the street address of the registered agent's business are the same and located in Alabama.

I, the undersigned, certify that any change specified in this document is authorized by the entity.

02 / 26 / 2021      Ricky D Adams      Owner
Date  (MM/DD/YYYY)   Typed Name and Title of Signature for Entity Below

*[signature]*
Signature of Person Authorized to Sign per 10A-1-4.01, *Alabama Code*

---

I, the undersigned, consent to appointment as registered agent for _____

Renaissance Builders LLC _____ (entity name in blank).

02 / 26 / 2021        Ricky D Adams
Date  (MM/DD/YYYY)    Typed Name of Agent (Individual or Entity)

*[signature]*
Signature of /for Registered Agent

Ricky D Adams      Owner
Typed Name **and** Title of Signature for Entity

---

STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
ARTICLES OF DISSOLUTION

PURPOSE: In order to dissolve a Limited Liability Company (LLC) under Section 10A-1-9.11 and 10A-5A-7.02(b) of the Code of Alabama 1975 these Articles of Dissolution and the appropriate filing fees must be filed with the Secretary of State's office. The information required in this form is required by Title 10A.

1. The name of the Limited Liability Company as recorded on the Certificate of Formation:

   Renaissance Builders LLC

2. Alabama Entity ID Number (Format: 000-000): 830 - 377  **TO OBTAIN ID NUMBER** Go to our website at www.sos.alabama.gov click on Business Services (below picture), click on Business Entity and Name Search, click on Entity Name, enter the name of the entity in the appropriate box, and enter. Click on the number and verify that this is the correct entity. **This step is strongly recommended**.

3. The date the Certificate of Formation was filed: 01 / 19 / 2021 (MM/DD/YYYY)

4. Reason for filing the Articles of Dissolution: no longer in business

5. The effective date of the Articles of Dissolution: 07 / 23 / 2021 (MM/DD/YYYY)

6. The limited liability company listed above has dissolved.

ricky d adams
Signature as required by 10A-5A-2.04

ricky d adams
Typed Name of Above Signature

owner
Typed Title/Capacity to Sign under 10A-5A-2.04

07 / 22 / 2021
Date (MM/DD/YYYY)

(For SOS Office Use Only)

Alabama Sec. Of State
830-377  DLL
Date  07/22/2021
Time  09:39:00
File  $100.00
Exp  $0.00
Total  $100.00

This form was prepared by: (name and full address)

Domestic LLC Dissolution - 01/2021    Page 1 of 1

# STATE OF ALABAMA

## DOMESTIC LIMITED LIABILITY COMPANY (LLC) CERTIFICATE OF FORMATION

1. THE NAME OF THE LIMITED LIABILITY COMPANY

   **Renaissance, Builders II LLC**

2. THIS FORM WAS PREPARED BY:

   Ricky D Adams

3. THE NAME AND STREET (NO PO BOXES) ADDRESS OF THE REGISTERED AGENT LOCATED AT THE REGISTERED OFFICE (MUST BE LOCATED IN ALABAMA):

   ricky d adams
   2211 us hwy 31 n
   Deatsville, AL 36022
   AUTAUGA

MAILING ADDRESS IN ALABAMA OF REGISTERED OFFICE (IF DIFFERENT FROM STREET ADDRESS):

4. THE UNDERSIGNED CERTIFY THAT THERE IS AT LEAST ONE MEMBER OF THE LIMITED LIABILITY COMPANY.

5. CHECK ONLY IF THE TYPE APPLIES TO THE LIMITED LIABILITY COMPANY BEING FORMED:

   ☐ NON-PROFIT LLC

   ☐ NON-PROFIT SERIES LLC

   ☐ PROFESSIONAL SERIES LLC

   ☐ PROFESSIONAL LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 8

   ☐ SERIES LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 11

(FOR SOS OFFICE USE ONLY)

```
        Alabama
     Sec. Of State

    874-410      DLL
    Date    07/22/2021
    Time      09:34:00
    File        $100.00
    County      $100.00
    Exp           $0.00
                -------
    Total       $200.00
```

6. THE UNDERSIGNED SPECIFY     07/23/2021 09:31     AS THE EFFECTIVE DATE AND THE TIME OF FILING

☐ ATTACHED ARE ANY OTHER MATTERS THE MEMBERS DETERMINE TO INCLUDE HEREIN

7. ORGANIZER(S) - OPTIONAL

Not Applicable

| 07/22/2021 | Ricky D Adams owner |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

John H. Merrill  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Renaissance, Builders II LLC**

This name reservation is for the exclusive use of Ricky D Adams, 2211 us hwy 31 n, Deatsville, AL 36022 for a period of one year beginning July 22, 2021 and expiring July 22, 2022



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

July 22, 2021

**Date**

*J. H. Merrill*

RES965816

**John H. Merrill**  **Secretary of State**