1

2

3

4

5

6

7

8

9

10        Wednesday, August 11, 2021

11                13:17:22

12

13

14

15

16

17

18

19

20

21

22

Case 21-31333    Doc 65-10    Filed 11/22/21    Entered 11/22/21 23:12:24    Desc
Exhibit J    Page 1 of 17

23

1           JIMMY BULGER:  Hey.

2           RICKY ADAMS:  Hey, pal.  I'm here with

3  Jeremy.

4           JIMMY BULGER:  All right.  All right.  Let

5  me speak to Jeremy real quick.

6           JEREMY RICHARDS:  Hi.

7           JIMMY BULGER:  Hey.

8           JEREMY RICHARDS:  How are you doing?

9           JIMMY BULGER:  I'm good.  How about you?

10           JEREMY RICHARDS:  I'm good.

11           JIMMY BULGER:  All right.  We are sitting a

12  lot better than it was before.  I can't wait to tell

13  you about it.

14           JEREMY RICHARDS:  Listen, we need you out.

15           JIMMY BULGER:  Yeah, I know.  I swear to

16  God.  Crazy motherfucker.  But in that opening back

17  there, just position that house where if that -- down

18  at the end of that driveway, when it turns to the

19  right, that little opening that's down there?

20           JEREMY RICHARDS:  In the bottom?  Yeah.

21           JIMMY BULGER:  Uh-huh (yes).  That driveway

22  will be split.  You know, that right side will go with

23  that opening, and the left side will go down in those

3

1  woods.  Just position that house on that right -- on

2  the right side, that opening, where it kind of faces

3  that driveway at an angle, you know, so when you drive

4  in, you will just be driving straight up to the house.

5            JEREMY RICHARDS:  Okay.  The first house

6  you are going to do -- position to the right-hand side?

7            JIMMY BULGER:  That's right, in the

8  opening, in that -- where it's already cleared out.

9            JEREMY RICHARDS:  Okay.

10           JIMMY BULGER:  Just find the levelest spot.

11 What I will do is when I get a paper and pen, I will

12 sketch out everything for you, and I will send it to

13 you.

14           JEREMY RICHARDS:  Yeah.

15           JIMMY BULGER:  Yeah.  Okay.

16           JEREMY RICHARDS:  But, yeah.  (Inaudible).

17           JIMMY BULGER:  All right.  I love you.  I

18 will talk to you later.  Let me talk to Ricky.

19           JEREMY RICHARDS:  All right.  Love you too.

20           JIMMY BULGER:  All right.  Bye-bye.  Hey,

Case 21-31333   Doc 65-10   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc
Exhibit J   Page 3 of 17

21  what's going on?

22          RICKY ADAMS:  (Inaudible).

23          JIMMY BULGER:  Okay.  Did you get that from

                                                    4


1  -- are you listening to me?

2          RICKY ADAMS:  Yeah.

3          JIMMY BULGER:  Okay.  Did you get that from

4  Cash?

5          RICKY ADAMS:  Get that from who?

6          JIMMY BULGER:  Cash.

7          RICKY ADAMS:  Yes, I got that.

8          JIMMY BULGER:  Okay.  Did you get -- on the

9  first, the draws and all that, you got that?

10          RICKY ADAMS:  Yeah.  We've got that.

11          JIMMY BULGER:  All right.  On the -- okay.

12  It ain't no -- don't talk a lot about Jeremy.  We are

13  going to get everything divided up.  So then on the six

14  acres, did you get the draws to those?

15          RICKY ADAMS:  Six acres?  We only got one

16  draw.

17          JIMMY BULGER:  Okay.  All right.  Call --

18  call -- call Stephanie and tell her that you are ready

19  for the draw for the other two houses down there on the

20  six acres.

21          RICKY ADAMS:  Okay.

22          JIMMY BULGER:  We are ready to start them.

23          RICKY ADAMS:  That we closed yesterday?

                                                    5

1           JIMMY BULGER:  Yes, you closed yesterday.

2  Not the three and a half acres.  Listen to me now.

3  Okay.  You have to listen to me.  Stop talking and

4  listen to me now.  The six acres is going to be divided

5  in half, and it's going to be two three-acre lots.  And

6  it's already approved and everything so get your draws.

7  Get your first draw on each one of those.  Have you got

8  it?

9           RICKY ADAMS:  Yeah, two and a half acres.

10          JIMMY BULGER:  Do what?

11          RICKY ADAMS:  The first draw is on the two

12  and a half acres?

13          JIMMY BULGER:  No, on the six acres.  Six

14  acres is going to be divided in half, and that will be

15  two three-acre lots.

16          RICKY ADAMS:  Okay.  Get the draws on them?

17          JIMMY BULGER:  Yes.  Get the draws on the

18  next two houses, your first draw on your next two

Case 21-31333   Doc 65-10   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc
Exhibit J    Page 5 of 17

19  houses.  I need to get paid well for this consultation.

20  Then the three and a half acres has nothing to do with

21  anything.

22          RICKY ADAMS:  Oh, okay.

23          JIMMY BULGER:  Yeah.  Just forget about it

                                                        6

1  for right now.  All we have to do is make the payment.

2          RICKY ADAMS:  Okay.  So what -- so to get

3  -- I need to send her paperwork on those two.

4          JIMMY BULGER:  She should already have it.

5  She should have it from Monica, and then you and I put

6  that paperwork together ourselves.  Do you remember

7  when we were sitting on the front porch and we did it?

8          RICKY ADAMS:  Uh-huh (yes).

9          JIMMY BULGER:  Okay.  So you want to get

10  the first draw for each one of those houses, but don't

11  spend it.  Just let me walk us through it.  And I'm

12  going to call you back later, and we will talk about

13  everything.

14          RICKY ADAMS:  Okay.  So I'm fixing to call

15  her and get the first draw (inaudible).

16          JIMMY BULGER:  Yes.  And that way you can

17  start them before that rain gets here because that

18  hurricane is coming.

19          RICKY ADAMS:  So what I do with that, they

20  are going to start clearing the lot?

21          JIMMY BULGER:  Yeah.  But just leave it in

22  there -- just leave it in there for right now.  And

23  what I'm going to do is get Kenny and Lonnie to start

7

1  putting up the fence.  They can start putting up the

2  fence around it.

3          RICKY ADAMS:  Uh-huh (yes).

4          JIMMY BULGER:  Greg said Lonnie jumped the

5  -- climbed the fence, jumped in and thought we were --

6  thought everybody was dead or something.

7          RICKY ADAMS:  Yeah.  Talked about somebody

8  was (inaudible).

9          JIMMY BULGER:  Said what?

10          RICKY ADAMS:  Said somebody was all objects

11  (inaudible).

12          JIMMY BULGER:  Oh, my God.  He is crazy.

13          RICKY ADAMS:  He said he had the sheriff on

14  the line and everything.  It was so funny.

15          JIMMY BULGER:  He is a lunatic.  I will

16  deal with him when I get out.  He just forgets who it's

17  even about.  He makes it about himself, but anyway.

18  Jeremy still there?

19          RICKY ADAMS:  Huh-uh (no).  I'm gone.  I

20  left him.

21          JIMMY BULGER:  Okay.  All right.  Well, I

22  just didn't want you talking in front of him because I

23  don't --

8

1          RICKY ADAMS:  Me too (inaudible).

2          JIMMY BULGER:  All right.  Because you need

3  to know about the money.  He don't, and the draws and

4  all.  You are going to call Bill to find out if you

5  need to take it to him or he can pick it up when he

6  comes?

7          RICKY ADAMS:  Yeah, about the 5,000?

8          JIMMY BULGER:  Yeah.  But he -- he needs to

9  come on because I have got an idea that I think will

10  work, and it might even get me on out of here.

11          RICKY ADAMS:  Okay.  I'm fixing to get the

12  3,000 today from Jeremy and then go by the bank.

13          JIMMY BULGER:  Fixing to get it to him?

14          RICKY ADAMS:  No.  Jeremy is going to give

15  me that 2000 back that Debbie (inaudible) the check.

16          JIMMY BULGER:  I got you.  I got you.  I'm

17 following you.

18          RICKY ADAMS:  And then I'm going to let him

19 know.

20          JIMMY BULGER:  All right.  How long have we

21 got?

22          RICKY ADAMS:  Jeremy, he is waiting on

23 somebody, and then he is going to the bank.

                                                    9


1          JIMMY BULGER:  Yeah, I know.  I'm saying

2 about the phone.  I thought it told you how many

3 minutes we had left.

4          RICKY ADAMS:  It didn't say.  You have to

5 (inaudible).

6          JIMMY BULGER:  Okay.  I just now got my

7 phone fixed where I could call you, but I will -- I

8 will call you back in a little while.  And then

9 tomorrow, I will be calling you in the morning so be

10 listening for me in the morning.

11          RICKY ADAMS:  Okay.

12          JIMMY BULGER:  Like today we get out from

13 one to four.  And then in the morning, we get out.  And

14 then the next day, it will be in the afternoon again.

Page 9

15 It rotates.

16             RICKY ADAMS:  Okay.

17             JIMMY BULGER:  So I can use the phone then

18 to call you, but I will call you back.  Everything else

19 all right?

20             RICKY ADAMS:  Yeah.  It's going all right.

21             JIMMY BULGER:  All right.  Spend time with

22 Bam Bam.  Greg said he is --

23             RICKY ADAMS:  I know.  I had him over here

                                10

1 there.  I had all three of them over there yesterday.

2             JIMMY BULGER:  Okay, good.  Because I know

3 Abigail is missing me too, and Layla.  Layla is just

4 tough like me though.

5             RICKY ADAMS:  I have never seen her out

6 (inaudible).

7             JIMMY BULGER:  Uh-huh (yes).  She is a

8 thug.  She is an old thug, an old G or an old D, old

9 dog.  Old DG, old gangster dog.  Anyway, do you know

10 anything else?

11             RICKY ADAMS:  No.  That's all I know.

12 Lonnie is just damn crazy.  That's about it.

13             JIMMY BULGER:  Well, just calm him down and

14  tell him I tried to call him.

15              RICKY ADAMS:  I told him.  I'm trying to

16  get about the house, and then he jumped the gate

17  (inaudible).

18              JIMMY BULGER:  He can look it up on the

19  thing.

20              RICKY ADAMS:  He did.  He said he did.

21  (Inaudible).  I said I bet you said good morning and

22  good night, but you wanted to talk more.  But I just

23  left it alone.

                                                    11


1              JIMMY BULGER:  Have you talked to Jay

2  anymore?

3              RICKY ADAMS:  I talked to him.  He has gone

4  back but said just let me know how he is doing.

5              JIMMY BULGER:  Well, call him back too.

6              RICKY ADAMS:  (Inaudible).

7              JIMMY BULGER:  All right.  Just text them

8  back and -- yeah.

9              RICKY ADAMS:  That's fine.

10              JIMMY BULGER:  Yeah.  All right.  Anybody

11  else?

12              RICKY ADAMS:  He has gone through -- he is

13  trying to get him the schedule to them.

14          JIMMY BULGER:  What now?

15          RICKY ADAMS:  See what he is trying to get

16  scheduled for?

17          JIMMY BULGER:  I was just saying reschedule

18  my dates, like I'm supposed to --

19          RICKY ADAMS:  I thought something was wrong

20  with you, what was the pain you were having

21  (inaudible).

22          JIMMY BULGER:  Oh, my heart and my lungs

23  and my -- I think it's my heart and my lung and the

                                                    12

1  blood pressure.

2          RICKY ADAMS:  Okay.  I will call and let

3  him know that.

4          JIMMY BULGER:  Yeah.  Heart, lung and blood

5  pressure.  Just keep my phone with you.  Is anybody

6  else calling you or texting me?

7          RICKY ADAMS:  Huh-uh (no).  Not -- no,

8  nobody.

9          JIMMY BULGER:  All right.

10          RICKY ADAMS:  That's it.

11          JIMMY BULGER:  Okay.  Just the normal ones,

12  just the handful of the normal ones?

13          RICKY ADAMS:  Yeah.

14          JIMMY BULGER:  Have you heard from Sanders?

15          RICKY ADAMS:  Huh-uh (no).  I ain't heard

16  from him.

17          JIMMY BULGER:  C. J. what?

18          RICKY ADAMS:  He is blowing you up.

19          JIMMY BULGER:  Oh, of course he is.  Bitch.

20  Saying all kind of crazy shit.

21          RICKY ADAMS:  Uh-huh (yes).

22          JIMMY BULGER:  Yeah.  Anyway, all right.

23          RICKY ADAMS:  All right.

                                                    13


1          JIMMY BULGER:  You ain't heard from nobody?

2          RICKY ADAMS:  No.  That's about it.

3          JIMMY BULGER:  Okay.  What's Chris saying?

4  Anything?

5          RICKY ADAMS:  No.  He ain't saying nothing.

6          JIMMY BULGER:  All right.

7          RICKY ADAMS:  (Inaudible).  But I be

8  working from when I get up.

9          JIMMY BULGER:  Yeah.  It got hectic all the

10  sudden, didn't it?

11          RICKY ADAMS:  Yeah.  I be working.  I said

12 I will call you when I can, but other than that, I

13 said, I still be working and I be waiting on things.

14          JIMMY BULGER:  It went wild.  That judge

15 just completely -- man, today, this one guy, they just

16 gave him a different case number and charged him with

17 the same stuff right over again.  They don't care.  I

18 mean, this is -- this is crazy.  I'm talking about

19 crazy.  I mean, they just make it up as it goes.

20          RICKY ADAMS:  (Inaudible).

21          JIMMY BULGER:  Huh?

22          RICKY ADAMS:  I'm fixing to text Bill and

23 get with Stephanie.

                                                    14


1          JIMMY BULGER:  Okay.  All right.  Yeah.

2 And then just let Rick know, you know, we are moving

3 right on.  Then let me know how much is left in that

4 account because don't -- you know, don't burn it up.

5 Just keep going --

6          RICKY ADAMS:  Yeah.  Start that next house

7 in Pine so that's what we are going to do.

8          JIMMY BULGER:  Yeah.  And let me walk you

9 through it, you know.  Because if not, the money won't

Page 14

0811211317

10  come out right.  I have a certain way of teaching you

11  how to do it.

12          RICKY ADAMS:  All right.

13          JIMMY BULGER:  I will tell them quick, I

14  don't own none of that.  I don't want to own nothing.

15  Just pay me for consultation.  And then what the hell

16  do you own?  I mean, it was like -- in my head, I was

17  thinking it's worthless.  I mean, shit, if I did own

18  it, it's worthless.  Ain't no damn money.  Y'all stole

19  it all.  He knows he did.

20          RICKY ADAMS:  He got to make it

21  (inaudible).

22          JIMMY BULGER:  Yeah.  I mean, they got the

23  bank accounts and everything so maybe that will help

                                                    15

1  them see.  Tell them the damn truth.  I mean, shit, if

2  I wasn't, I would just say I wasn't.  I would be like,

3  "Well, I fucked up.  Here."  But anyway, it don't

4  matter.  Whatever is whatever, but we'll make it

5  through it.  I'm just glad we got everything set up.

6          RICKY ADAMS:  All right.

7          JIMMY BULGER:  All right.  Well, let me

8  know, and I will call you back in a little while.  Let

Case 21-31333   Doc 65-10   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc
Exhibit J   Page 15 of 17

9  me know what Stephanie says and everything.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

16

1                         C E R T I F I C A T E

2

3  STATE OF ALABAMA)

4  JEFFERSON COUNTY)

5

6          I hereby certify that the above and foregoing

7  proceeding was taken down by me by stenographic means,

Page 16

8  and that the questions and answers therein were

9  produced in transcript form by computer aid under my

10  supervision, and that the foregoing represents, to the

11  best of my ability, a true and correct transcript of

12  the proceedings occurring on said date at said time.

13      I further certify that I am neither of counsel

14  nor of kin to the parties to the action; nor am I in

15  anywise interested in the result of said case.

16      Signed the 29th day of October, 2021.

17

18      _____

19                  /s/ Anne E. Miller

20                    ACCR #486

21                  Expires 9/30/22

22          My commission expires 11/19/23

23