510243 6

# STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
CERTIFICATE OF FORMATION

MONTGOMERY COUNTY, ALABAMA
Probate Judge:
   J C LOVE, III
Filed: 12/21/2020 02:14 PM
Total: $55.00    3 PAGES
Certified Copy

(FOR COUNTY PROBATE OFFICE USE ONLY)

1. THE NAME OF THE LIMITED LIABILITY COMPANY

The Venue at the Fortuitous LLC

2. THIS FORM WAS PREPARED BY:

James D Bulger

3. THE NAME AND STREET (NO PO BOXES) ADDRESS OF THE REGISTERED AGENT LOCATED AT THE REGISTERED OFFICE (MUST BE LOCATED IN ALABAMA):

James D Bulger
5040 Coosada Ferry Rd
Montgomery, AL 36110
MONTGOMERY

MAILING ADDRESS IN ALABAMA OF REGISTERED OFFICE (IF DIFFERENT FROM STREET ADDRESS):

2211 US HWY 31 NORTH
Deatsville, AL 36022
AUTAUGA

4. THE UNDERSIGNED CERTIFY THAT THERE IS AT LEAST ONE MEMBER OF THE LIMITED LIABILITY COMPANY.

5. CHECK ONLY IF THE TYPE APPLIES TO THE LIMITED LIABILITY COMPANY BEING FORMED:

☐ NON-PROFIT LLC

☐ NON-PROFIT SERIES LLC

☐ PROFESSIONAL SERIES LLC

☐ PROFESSIONAL LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 8

(FOR SOS OFFICE USE ONLY)

☐ SERIES LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 11

```
Alabama          DLL
Sec. Of State
825-443
Date  12/21/2020
Time  14:15:00
File  $100.00
Exp   $0.00
Total $100.00
```

6. THE UNDERSIGNED SPECIFY    12/22/2020 00:00    AS THE EFFECTIVE DATE AND THE TIME OF FILING

☐ ATTACHED ARE ANY OTHER MATTERS THE MEMBERS DETERMINE TO INCLUDE HEREIN

7. ORGANIZER(S) - OPTIONAL

Not Applicable

| 12/21/2020 | James D Bulger Owner |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

John H. Merrill  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**The Venue at the Fortuitous LLC**

This name reservation is for the exclusive use of James D Bulger, 2211 US HWY 31 NORTH, Deatsville, AL 36022 for a period of one year beginning December 21, 2020 and expiring December 21, 2021



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

December 21, 2020  
Date

*[signature: J. H. Merrill]*

RES920986

**John H. Merrill**     **Secretary of State**

STATE OF ALABAMA
DOMESTIC LIMITED LIABILITY COMPANY (LLC)
AMENDED AND RESTATED CERTIFICATE OF FORMATION

PURPOSE: In order to amend and restate the Certificate of Formation of a Limited Liability Company (LLC) under Section 10A-5A-2.02 of the Code of Alabama 1975, this Amended and Restated Certificate Of Formation and the appropriate filing fees must be filed with the Secretary of State's office. **The information required in this form is required by Title 10A.**

INSTRUCTIONS: Mail one (1) signed original and one (1) copy of this completed form along with a self-addressed, stamped envelope with the filing fee of $100.00 (credit card, check, or money order) to the **Secretary of State, Business Services, P.O. Box 5616, Montgomery, Alabama 36103-5616**. The Certificate will not be registered if the credit/debit card does not authorize and will be removed from the index if the check is dishonored ($30 fee).

This form must be typed.

1. The name of the limited liability company (must contain the words "Limited Liability Company" or the abbreviation "L.L.C." or "LLC." and comply with Code of Alabama, Title 10A-1-5.06. (You may use Professional or Series before Limited Liability Company or LLC if they apply.):

   _The Venue at the Fortuitous LLC._

2. Alabama Entity ID Number: _825 - 443_ TO OBTAIN ID NUMBER Go to our website at www.sos.alabama.gov click on Business Services (below picture), click on Business Entity and Name Search, click on Entity Name, enter the name of the entity in the appropriate box, and enter. Click on the number and verify that this is the correct entity. **This step is strongly recommended.**

3. Date of filing Certificate of Formation: 12 / 21 / 2020

4. Date(s) and office(s) of filing prior amendments: _____

5. The name of the Registered Agent(only one agent): James D. Bulger

   Street (**No PO Boxes**) address of Registered Office (must be located in Alabama):

   2211 US Hwy 31 N, Deatsville, AL. 36022

   Mailing address in Alabama of Registered Office (if different from street address):

This form was prepared by: (type name and full address)

James D. Bulger
2211 US Hwy 31 N
Deatsville, AL. 36022

RECEIVED DATE
JAN 2 5 2021
SECRETARY OF STATE
OF ALABAMA

(For SOS Office Use Only)

Alabama
Sec. Of State

Entity Change
825-443         DLL
Date    1/25/2021
Time       17:00
210126      4 Pg

File     $100.00
County     $.00
-----
Total    $100.00
05/012

DLLC Amend/Restate Cert/Form-01/2021   Page 1 of 2

Case 21-31333   Doc 65-11   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc
Exhibit K   Page 4 of 11

# DOMESTIC LIMITED LIABILITY COMPANY (LLC) CERTIFICATE OF FORMATION

6. The following amendment/change effected in connection with this Restated of Certificate of Formation:

   Adding to Registered Agent Name to include: Jeremy R. Richards 1849 Brookstone Dr., Montgomery, AL. 36117

   If Amended & Restated Certificate of Formation includes a name change, a copy of the Name Reservation form issued by the Office of the Secretary of State **must** be attached.

7. The undersigned authorized signature certifies that the Amended & Restated Certificate of Formation has been approved in the manner required by Title 10A, Code of Alabama 1975 and the governing documents of this entity.

   01 / 19 / 2020
   Date (MM/DD/YYYY)

   Signature as required by 10A-5A-2.04

   James D. Bulger
   Typed Name of Above Signature

   Owner
   Typed Title (Organizer or Attorney-in-fact)

   Additional Organizers/Attorney-in-facts may sign (add additional sheets if necessary).

# STATE OF ALABAMA

**DOMESTIC LIMITED LIABILITY COMPANY (LLC) CERTIFICATE OF FORMATION**

MONTGOMERY COUNTY, ALABAMA
Probate Judge:
J C LOVE, III
Filed: 12/21/2020 02:14 PM
Total: $55.00    3 PAGES
Certified Copy

5102436

(FOR COUNTY PROBATE OFFICE USE ONLY)

**1. THE NAME OF THE LIMITED LIABILITY COMPANY**

The Venue at the Fortuitous LLC

**2. THIS FORM WAS PREPARED BY:**

James D Bulger

**3. THE NAME AND STREET (NO PO BOXES) ADDRESS OF THE REGISTERED AGENT LOCATED AT THE REGISTERED OFFICE (MUST BE LOCATED IN ALABAMA):**

James D Bulger
5040 Coosada Ferry Rd
Montgomery, AL 36110
MONTGOMERY

**MAILING ADDRESS IN ALABAMA OF REGISTERED OFFICE (IF DIFFERENT FROM STREET ADDRESS):**

2211 US HWY 31 NORTH
Deatsville, AL 36022
AUTAUGA

**4. THE UNDERSIGNED CERTIFY THAT THERE IS AT LEAST ONE MEMBER OF THE LIMITED LIABILITY COMPANY.**

**5. CHECK ONLY IF THE TYPE APPLIES TO THE LIMITED LIABILITY COMPANY BEING FORMED:**

☐ NON-PROFIT LLC

☐ NON-PROFIT SERIES LLC

☐ PROFESSIONAL SERIES LLC

☐ PROFESSIONAL LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 8

☐ SERIES LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 11

(FOR SOS OFFICE USE ONLY)

Alabama Sec. Of State
825-443    DLL
Date  12/21/2020
Time  14:15:00
File  $100.00
Exp   $0.00
Total $100.00

6. THE UNDERSIGNED SPECIFY   12/22/2020 00:00   AS THE EFFECTIVE DATE AND THE TIME OF FILING

☐ ATTACHED ARE ANY OTHER MATTERS THE MEMBERS DETERMINE TO INCLUDE HEREIN

7. ORGANIZER(S) - OPTIONAL

Not Applicable

| 12/21/2020 | James D Bulger Owner |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

```
Alabama
Sec. Of State
Entity Change
825-443        DLL
Date  1/25/2021
Time  17:00
210126    4 Pg

File        $100.00
County      $.00
            -------
Total       $100.00
05/012
```

STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
ARTICLES OF DISSOLUTION

PURPOSE: In order to dissolve a Limited Liability Company (LLC) under Section 10A-1-9.11 and 10A-5A-7.02(b) of the Code of Alabama 1975 these Articles of Dissolution and the appropriate filing fees must be filed with the Secretary of State's office. The information required in this form is required by Title 10A.

1. The name of the Limited Liability Company as recorded on the Certificate of Formation:

   The Venue at the Fortuitous LLC

2. Alabama Entity ID Number (Format: 000-000): 825 - 443 **TO OBTAIN ID NUMBER** Go to our website at www.sos.alabama.gov click on Business Services (below picture), click on Business Entity and Name Search, click on Entity Name, enter the name of the entity in the appropriate box, and enter. Click on the number and verify that this is the correct entity. **This step is strongly recommended**.

3. The date the Certificate of Formation was filed: 12 / 21 / 2020 (MM/DD/YYYY)

4. Reason for filing the Articles of Dissolution: No longer in business

5. The effective date of the Articles of Dissolution: 07 / 23 / 2021 (MM/DD/YYYY)

6. The limited liability company listed above has dissolved.

james d bulger
Signature as required by 10A-5A-2.04

07 / 22 / 2021
Date (MM/DD/YYYY)

james d bulger
Typed Name of Above Signature

owner
Typed Title/Capacity to Sign under 10A-5A-2.04

This form was prepared by: (name and full address)

(For SOS Office Use Only)

Alabama
Sec. Of State
825-443      DLL
Date 07/22/2021
Time 08:41:00
File $100.00
Exp $0.00
Total $100.00

Domestic LLC Dissolution - 01/2021            Page 1 of 1

# STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
CERTIFICATE OF FORMATION

1. THE NAME OF THE LIMITED LIABILITY COMPANY

**The Fortuitous LLC**

2. THIS FORM WAS PREPARED BY:

Ricky D Adams

3. THE NAME AND STREET (NO PO BOXES) ADDRESS OF THE REGISTERED AGENT LOCATED AT THE REGISTERED OFFICE (MUST BE LOCATED IN ALABAMA):

Ricky D Adams
2211 US Hwy 31 N
Deatsville, AL 36022
AUTAUGA

MAILING ADDRESS IN ALABAMA OF REGISTERED OFFICE (IF DIFFERENT FROM STREET ADDRESS):

4. THE UNDERSIGNED CERTIFY THAT THERE IS AT LEAST ONE MEMBER OF THE LIMITED LIABILITY COMPANY.

5. CHECK ONLY IF THE TYPE APPLIES TO THE LIMITED LIABILITY COMPANY BEING FORMED:

☐ NON-PROFIT LLC

☐ NON-PROFIT SERIES LLC

☐ PROFESSIONAL SERIES LLC

☐ PROFESSIONAL LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 8

☐ SERIES LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 11

(FOR SOS OFFICE USE ONLY)

```
         Alabama
      Sec. Of State
    871-324      DLL
   Date    07/06/2021
   Time     08:45:00
   File       $100.00
   County     $100.00
   Exp          $0.00
              -------
   Total      $200.00
```

6. THE UNDERSIGNED SPECIFY   07/07/2021 08:41   AS THE EFFECTIVE DATE AND THE TIME OF FILING

☐ ATTACHED ARE ANY OTHER MATTERS THE MEMBERS DETERMINE TO INCLUDE HEREIN

7. ORGANIZER(S) - OPTIONAL

Not Applicable

| 07/06/2021 | Ricky D Adams Owner |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

John H. Merrill  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**The Fortuitous LLC**

This name reservation is for the exclusive use of Ricky D Adams, 2211 US Hwy 31 N, Deatsville, AL 36022 for a period of one year beginning July 06, 2021 and expiring July 06, 2022



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

July 06, 2021

**Date**

RES962367

**John H. Merrill**     **Secretary of State**