1
2
3
4
5
6
7
8
9
10            Wednesday, August 18, 2021
11                    10:01:26
12
13
14
15
16
17
18
19
20
21
22

| | | |
|---|---|---|
| 1 | JIMMY BULGER: | Hello. |
| 2 | GREG SCHMIDT: | Hey. What's going on? |
| 3 | JIMMY BULGER: | Hey. Are you all right? |
| 4 | GREG SCHMIDT: | Yeah. And I have got Kenny |

5  on there (inaudible) loading the trailer up
6  (inaudible).

| | | |
|---|---|---|
| 7 | JIMMY BULGER: | Okay. |
| 8 | GREG SCHMIDT: | I got it. |
| 9 | JIMMY BULGER: | Did his mama call you? |
| 10 | GREG SCHMIDT: | Who? |
| 11 | JIMMY BULGER: | I had somebody trying to |

12  call to see if you were -- see if y'all were all right.

| | | |
|---|---|---|
| 13 | GREG SCHMIDT: | No. Nobody called me. |
| 14 | JIMMY BULGER: | Okay. They will probably |

15  call in a little bit. Anyway -- well, good.

| | | |
|---|---|---|
| 16 | GREG SCHMIDT: | I know, I caught several |

17  things (Inaudible).

| | | |
|---|---|---|
| 18 | JIMMY BULGER: | Yeah. I called, you know, |

19  like I go out in the mornings, and then -- and then
20  tomorrow I go out in the afternoon after one, one to
21  four tomorrow. And the next day will be the morning

22   again.

23           GREG SCHMIDT: Okay. (Inaudible). I have

                                                              3

1   to go to the dentist tomorrow. I broke a tooth.

2           JIMMY BULGER: All right.

3           GREG SCHMIDT: At 10:30 so that will work

4   out.

5           JIMMY BULGER: All right. Have you heard

6   from anybody?

7           GREG SCHMIDT: No. I have not heard from

8   Bill. He said he'll call me. (Inaudible).

9           JIMMY BULGER: Okay.

10          GREG SCHMIDT: He has not called me.

11          JIMMY BULGER: Maybe they will counter back

12  with something. I tried to call Ricky too, and it did

13  the same thing.

14          GREG SCHMIDT: Ricky said (inaudible).

15          JIMMY BULGER: Huh?

16          GREG SCHMIDT: I don't know. He said he

17  was having -- his calls couldn't go through. He put

18  money on (inaudible).

19          JIMMY BULGER: All right. All right. The

20  dogs okay?

21         GREG SCHMIDT: Yeah.

22         JIMMY BULGER: Hey, get Kenny to check that

23 back pond. When I seen it the last time, that thing

1 had blown off of it.

2         GREG SCHMIDT: He did. He installed that.

3         JIMMY BULGER: Okay.

4         GREG SCHMIDT: Yeah.

5         JIMMY BULGER: All right. And the door

6 handle -- the doorknob going upstairs from the garage

7 into that apartment back there, do you remember the

8 doorknob needs to be flipped around where you could

9 lock it?

10         GREG SCHMIDT: Oh, he did that.

11         JIMMY BULGER: Okay. I'm just trying to

12 help remember everything.

13         GREG SCHMIDT: That's good. And it's good

14 -- (inaudible). The guests because they are not going

15 to use that. He said (inaudible).

16         JIMMY BULGER: I could have just sat myself

17 in there. It would have been fine.

18         GREG SCHMIDT: He put a -- on that closet,

19 we put a dead bolt on there.

20        JIMMY BULGER:  That's perfect though.

21        GREG SCHMIDT:  Yes.

22        JIMMY BULGER:  I'm hoping they counter back

23 with something.  I have a great idea if they do, you

5

1 know.  Maybe he'll come down though.

2        GREG SCHMIDT:  I hope they do.  That's just

3 foolish if they don't.

4        JIMMY BULGER:  Oh, hell, yeah.  They are

5 stupid because I'm going to list all them -- all them

6 loans.  I'm going to list every one of them.  That 1.5

7 million that I loaned him, I'm going to put that on him

8 too.  I'm going to collect all that shit one way or the

9 other.

10        GREG SCHMIDT:  Oh, okay.

11        JIMMY BULGER:  Yeah.  Because what is it?

12 Like a little over three million he owes me?

13        GREG SCHMIDT:  Yes.

14        JIMMY BULGER:  Yeah.  Bitch.

15        GREG SCHMIDT:  Yeah.

16        JIMMY BULGER:  He better be glad I've

17 changed.

18        GREG SCHMIDT:  I think they have

19  (inaudible).

20        JIMMY BULGER:  Yeah.

21        GREG SCHMIDT:  But --

22        JIMMY BULGER:  He would be a fucking idiot

23  not to do that.

6

1         GREG SCHMIDT:  It made me feel better

2   yesterday when Bill told me that all the lawsuit has

3   stopped.

4         JIMMY BULGER:  Oh, and the other -- yeah,

5   it is.  And the other thing, I bet that's Mark Pierce

6   trying to make me pay that -- that sale thing,

7   commission for selling South Perry Street.  He was

8   supposed to collect it from the buyer, but he -- so he

9   was trying to get it from me because I bet that's what

10  that is.

11        GREG SCHMIDT:  You are probably right.

12  Yeah.  I didn't think about that.

13        JIMMY BULGER:  Yeah.  Because, you know, he

14  was trying to do that arbitration.  So maybe Bill can

15  get it while he is here, if he comes today or tomorrow.

16  I hope he comes today because I could be -- you know,

17  if we settle something, we can get on -- I can get on

Case 21-31333   Doc 65-12   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc
Exhibit L   Page 6 of 13

18  out.

19       GREG SCHMIDT: I know. (Inaudible). Let
20  me know for sure so (inaudible).

21       JIMMY BULGER: All right.

22       GREG SCHMIDT: If I haven't heard anything
23  in a while, I might text him and see.

                                                    7

1        JIMMY BULGER: Okay.

2        GREG SCHMIDT: (Inaudible) because I just
3   don't want to -- I don't know what. He seems
4   (inaudible).

5        JIMMY BULGER: Okay. Well, I don't want to
6   worry him but --

7        GREG SCHMIDT: No, I don't either. I think
8   he stepped up.

9        JIMMY BULGER: Yeah, I do too. Yeah, I do
10  too. Because I told him too, I said, "Man, don't get
11  me down here and forget about me like everybody else
12  does." "I won't, I won't." I said, "Well, I just know
13  how lawyers are. They will forget about you quick."
14  He said, "I have just never seen nothing like this,
15  Jimmy." He said, "I really haven't."

16       GREG SCHMIDT: I haven't either. I think

Page 7

17  Jerry Watson had his hands in that shit too.  He was in
18  there the whole time.
19          JIMMY BULGER:  Yeah.  I don't know if he
20  did or not.  He could have.  I don't know.
21          GREG SCHMIDT:  Come by me swearing when he
22  left.  I wanted to slap the shit out of him.
23          JIMMY BULGER:  Yeah.

                                                        8


1           GREG SCHMIDT:  Anyway, well, I hope we hear
2   something today.
3           JIMMY BULGER:  Yeah, maybe we will.  But
4   anyway, you ain't heard from nobody else?
5           GREG SCHMIDT:  No.  Jeremy, he has been
6   over here, and Ricky.  I (inaudible) about three and,
7   you know, meet with Debbie.
8           JIMMY BULGER:  Okay.  And get Jeremy to
9   show you every single thing about that Airbnb so we
10  know when it's rented, how much it's rented for and
11  what we are getting and what we are doing and
12  everything.
13          GREG SCHMIDT:  Right.
14          JIMMY BULGER:  I want to start off, you
15  know, us knowing everything.  Fuck that shit, blame it

16   on somebody else.  I'm tired of that.

17              GREG SCHMIDT:   Right.

18              JIMMY BULGER:   Slaughtered me for no

19   reason.

20              GREG SCHMIDT:   That's true.

21              JIMMY BULGER:   All the money I pay.

22              GREG SCHMIDT:   If you can (inaudible).

23              JIMMY BULGER:   Yeah.  I got a great idea

1   though if it -- I just have to find out what they are

2   going to do.  No matter what though, I have a good

3   idea.  I mean, I'm -- I'm ready to touch down whenever

4   I can.  I just was sort of expecting some stupid shit

5   to pop up or something, but I don't really see how it

6   could.  But anyway --

7              GREG SCHMIDT:   Well, the way Bill talked,

8   that's all (inaudible).

9              JIMMY BULGER:   Yeah.  They can't -- they

10  can't do anything.  They are protecting me, and it puts

11  me in a federal court instead of, you know, this stupid

12  shit here.

13             GREG SCHMIDT:   Yeah.

14             JIMMY BULGER:   Anyway, I'm tired.

15        GREG SCHMIDT: Are you?

16        JIMMY BULGER: Hell, yeah. It's cold as

17 fuck in here. Is it hot out there?

18        GREG SCHMIDT: Yeah. I'm inside right now.

19 (Inaudible).

20        JIMMY BULGER: Okay. Well, if I can't get

21 Ricky, tell him to get those two chairs, to drive my

22 truck to work and get those two little office chairs,

23 two little outside patio chairs at C-square that is

10

1 right there inside the door that matches that little

2 set. Tell him to get both of those and make sure he

3 gets his car towed over here.

4        GREG SCHMIDT: He got his car towed over

5 yesterday.

6        JIMMY BULGER: Okay, good. All right.

7 Well, get those -- tell him to get those two chairs and

8 probably that picture of the grand opening.

9        GREG SCHMIDT: Damn, okay.

10       JIMMY BULGER: And anything else that

11 belongs to him in there.

12       GREG SCHMIDT: Okay. I told him to get

13 everything out (inaudible).

14        JIMMY BULGER:  Yeah.  But we need those

15   little -- we need those patio chairs for out back there

16   to -- because they go with that set, and that will give

17   us enough.

18        GREG SCHMIDT:  Okay.  I will tell him.  I

19   will tell him to check his balance (inaudible).

20        JIMMY BULGER:  Yeah.  I will try it again

21   real quick to see if it will go through.

22        GREG SCHMIDT:  Okay.

23        JIMMY BULGER:  All right.  Well, I will

                                                           11


1    talk to you later.

2         GREG SCHMIDT:  Okay.  I love you.

3         JIMMY BULGER:  I love you.  Bye-bye.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1             C E R T I F I C A T E

2

3 STATE OF ALABAMA)

4 JEFFERSON COUNTY)

5

6      I hereby certify that the above and foregoing

7 proceeding was taken down by me by stenographic means,

8 and that the questions and answers therein were

9 produced in transcript form by computer aid under my

10 supervision, and that the foregoing represents, to the

11 best of my ability, a true and correct transcript of

```
12  the proceedings occurring on said date at said time.
13        I further certify that I am neither of counsel
14  nor of kin to the parties to the action; nor am I in
15  anywise interested in the result of said case.
16        Signed the 30th day of October, 2021.
17
18                          _____
19                              /s/ Anne E. Miller
20                                  ACCR #486
21                                Expires 9/30/22
22                          My commission expires 11/19/23
23
```

Case 21-31333    Doc 65-12    Filed 11/22/21    Entered 11/22/21 23:12:24    Desc
Exhibit L    Page 13 of 13