# STATE OF ALABAMA

## DOMESTIC LIMITED LIABILITY COMPANY (LLC) CERTIFICATE OF FORMATION

1. THE NAME OF THE LIMITED LIABILITY COMPANY

**Magnolia Real Estate Services LLC**

2. THIS FORM WAS PREPARED BY:

James D Bulger

3. THE NAME AND STREET (NO PO BOXES) ADDRESS OF THE REGISTERED AGENT LOCATED AT THE REGISTERED OFFICE (MUST BE LOCATED IN ALABAMA):

James D Bulger Bulger
2211 US Hwy 31 N
Deatsville, AL 36022
AUTAUGA

MAILING ADDRESS IN ALABAMA OF REGISTERED OFFICE (IF DIFFERENT FROM STREET ADDRESS):

4. THE UNDERSIGNED CERTIFY THAT THERE IS AT LEAST ONE MEMBER OF THE LIMITED LIABILITY COMPANY.

5. CHECK ONLY IF THE TYPE APPLIES TO THE LIMITED LIABILITY COMPANY BEING FORMED:

☐ NON-PROFIT LLC

☐ NON-PROFIT SERIES LLC

☐ PROFESSIONAL SERIES LLC

☐ PROFESSIONAL LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 8

☐ SERIES LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 11

(FOR SOS OFFICE USE ONLY)

```
       Alabama
    Sec. Of State
  839-957        DLL
  Date    03/11/2021
  Time    13:00:00
  File      $100.00
  County    $100.00
  Exp         $0.00
            -------
  Total     $200.00
```

6. THE UNDERSIGNED SPECIFY    03/12/2021 12:57    AS THE EFFECTIVE DATE AND THE TIME OF FILING

☐ ATTACHED ARE ANY OTHER MATTERS THE MEMBERS DETERMINE TO INCLUDE HEREIN

7. ORGANIZER(S) - OPTIONAL

Not Applicable

| 03/11/2021 | James D Bulger Owner |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

John H. Merrill  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Magnolia Real Estate Services LLC**

This name reservation is for the exclusive use of James D Bulger, 2211 US Hwy 31 N, Deatsville, AL 36022 for a period of one year beginning March 11, 2021 and expiring March 11, 2022



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

March 11, 2021

**Date**

*J. H. Merrill*

RES936929

**John H. Merrill**      **Secretary of State**

STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
ARTICLES OF DISSOLUTION

PURPOSE: In order to dissolve a Limited Liability Company (LLC) under Section 10A-1-9.11 and 10A-5A-7.02(b) of the Code of Alabama 1975 these Articles of Dissolution and the appropriate filing fees must be filed with the Secretary of State's office. The information required in this form is required by Title 10A.

1. The name of the Limited Liability Company as recorded on the Certificate of Formation:

   Magnolia Real Estate Services LLC

2. Alabama Entity ID Number (Format: 000-000): __839 - 957__ **TO OBTAIN ID NUMBER** Go to our website at www.sos.alabama.gov click on Business Services (below picture), click on Business Entity and Name Search, click on Entity Name, enter the name of the entity in the appropriate box, and enter. Click on the number and verify that this is the correct entity. **This step is strongly recommended.**

3. The date the Certificate of Formation was filed: __03__ / __11__ / __2021__ (MM/DD/YYYY)

4. Reason for filing the Articles of Dissolution: no longer in existence

5. The effective date of the Articles of Dissolution: __07__ / __22__ / __2021__ (MM/DD/YYYY)

6. The limited liability company listed above has dissolved.

james d bulger
Signature as required by 10A-5A-2.04

james d bulger
Typed Name of Above Signature

owner
Typed Title/Capacity to Sign under 10A-5A-2.04

__07__ / __21__ / __2021__
Date (MM/DD/YYYY)

This form was prepared by: (name and full address)

(For SOS Office Use Only)

```
Alabama                   DLL
Sec. Of State
839-957  Date 07/21/2021
         Time 09:54:00
         File     $100.00
         Exp        $0.00
         Total   $100.00
```

Domestic LLC Dissolution - 01/2021     Page 1 of 1

# STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
CERTIFICATE OF FORMATION

1. THE NAME OF THE LIMITED LIABILITY COMPANY

**Magnolia Real Estate Services II LLC**

2. THIS FORM WAS PREPARED BY:

Ginger MacLeod

3. THE NAME AND STREET (NO PO BOXES) ADDRESS OF THE REGISTERED AGENT LOCATED AT THE REGISTERED OFFICE (MUST BE LOCATED IN ALABAMA):

Ginger MacLeod
2211 US HWY 31 NORTH
DEASTVILLE, AL 36022
AUTAUGA

MAILING ADDRESS IN ALABAMA OF REGISTERED OFFICE (IF DIFFERENT FROM STREET ADDRESS):

4. THE UNDERSIGNED CERTIFY THAT THERE IS AT LEAST ONE MEMBER OF THE LIMITED LIABILITY COMPANY.

5. CHECK ONLY IF THE TYPE APPLIES TO THE LIMITED LIABILITY COMPANY BEING FORMED:

☐ NON-PROFIT LLC

☐ NON-PROFIT SERIES LLC

☐ PROFESSIONAL SERIES LLC

☐ PROFESSIONAL LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 8

☐ SERIES LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 11

(FOR SOS OFFICE USE ONLY)

```
          Alabama
        Sec. Of State
  874-985         DLL
  Date    07/26/2021
  Time      15:01:00
  File        $100.00
  County      $100.00
  Exp           $0.00
               -------
  Total       $200.00
```

6. THE UNDERSIGNED SPECIFY    07/27/2021 14:58    AS THE EFFECTIVE DATE AND THE TIME OF FILING

☐ ATTACHED ARE ANY OTHER MATTERS THE MEMBERS DETERMINE TO INCLUDE HEREIN

7. ORGANIZER(S) - OPTIONAL

Not Applicable

| 07/26/2021 | Ginger MacLeod Owner |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

John H. Merrill  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Magnolia Real Estate Services II LLC**

This name reservation is for the exclusive use of Ginger MacLeod, 2211 US Hwy 31 N, Deatsville, AL 36022 for a period of one year beginning July 26, 2021 and expiring July 26, 2022



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.

July 26, 2021  
Date

*[signature]*

RES966475

**John H. Merrill**     Secretary of State