Sunday, August 22, 2021

09:51:35

JIMMY BULGER: Good morning.

GREG SCHMIDT: Good morning. How are you?

JIMMY BULGER: I'm all right. How about you?

GREG SCHMIDT: I'm all right.

JIMMY BULGER: Okay. Everybody still there?

GREG SCHMIDT: No. They went to (inaudible). Jeremy called me about 7:30 and said they are already gone.

JIMMY BULGER: Oh, okay.

GREG SCHMIDT: So I went over there and checked, and everything looked great.

JIMMY BULGER: Okay. Great, good.

GREG SCHMIDT: He said they walked it.

JIMMY BULGER: Oh, good. Good, good.

GREG SCHMIDT: Everything is doing good from here.

JIMMY BULGER: Good, good. That wedding needs to get a good review too.

GREG SCHMIDT: Yes.

JIMMY BULGER: Because it was first set.

GREG SCHMIDT: Yeah, yeah.

JIMMY BULGER: I got my beard trimmed down this morning, thank God, finally. They don't have razors here. You have to use clippers to shave with. It's so much better. Man, them damn whiskers about driving me crazy.

GREG SCHMIDT: I bet. (Inaudible.)

JIMMY BULGER: I don't guess you heard anything from Bill or anything?

GREG SCHMIDT: No, no. (Inaudible.)

JIMMY BULGER: You're all right.

GREG SCHMIDT: I hope it's good days tomorrow.

JIMMY BULGER: Yeah. Just call and tell him that the squeaky wheel gets the grease.

GREG SCHMIDT: Yeah.

JIMMY BULGER: And then tell him -- tell him we have to file them papers, but I believe he'll do it. I mean, I hope he'll do it. But explain to him that I have already made two substantial offers, and based on that, where we can negotiate or whatever. Tell him that whether Billy accepts it or not, to go and let me out so that we can -- so we can get everything cleared up.

GREG SCHMIDT: All right. So if he accepts it, then --

JIMMY BULGER: Even if he don't accept it, I mean, we have to -- you know, you have to negotiate it out. I mean, he drives down here an hour, we talk for ten minutes, and he drives back an hour. That don't make no damn sense.

GREG SCHMIDT: All he needs is ten minutes?

JIMMY BULGER: Well, ever how long it takes. I mean, I don't know how long it is. I don't have no watch on or nothing. I was just saying -- I was saying that -- it might be 20 minutes, 30 minutes. The last time, he kept going outside, you know, trying to make a call. Then we got it where the lawyer said, you know, he thought that was good. He thought it was fair. And -- but he had to keep doing it to say that too.

GREG SCHMIDT: Right. His lawyer said that he was going to give an answer.

JIMMY BULGER: Yeah.

GREG SCHMIDT: (Inaudible.)

JIMMY BULGER: He probably just wanted to talk to everybody over the weekend. I don't know. I

figured Monday or Tuesday.

GREG SCHMIDT: I hope so. I hope we get good news.

JIMMY BULGER: Me too. I'm tired of this shit.

GREG SCHMIDT: Fixing to get home (inaudible.) If it's bad, what happens?

JIMMY BULGER: Well, if he says no, then we'll go on with the bankruptcy, and I guess I do have the 20 days or something. I don't know. But he ain't that damn stupid. He ain't that stupid. He is just -- he is just being contrary, but he ain't that stupid because he wouldn't get something for three -- it would take three years to even attempt to get something.

GREG SCHMIDT: (Inaudible.)

JIMMY BULGER: And he would have to keep all their mortgages paid and everything paid because the trustee would be on his neck.

GREG SCHMIDT: Okay.

JIMMY BULGER: Yeah. He is in a fucked-up situation.

GREG SCHMIDT: Right.

JIMMY BULGER: Yeah. He ain't really got

no choice, and he knows that. He is just trying to -- probably just over the weekend or something, just trying to keep me in jail over the weekend or something. I don't know.

GREG SCHMIDT: Oh, yeah. That's what I figured, something like that. (Inaudible.) I don't know. But do you want me to go ahead and make you a payment?

JIMMY BULGER: Yes, yes.

GREG SCHMIDT: Okay. I will make it first thing in the morning.

JIMMY BULGER: All right. Thanks.

GREG SCHMIDT: Won't be a problem.

JIMMY BULGER: All righty. And Ricky gave you that other?

GREG SCHMIDT: What did you say? (Inaudible.)

JIMMY BULGER: Ricky gave you that nine?

GREG SCHMIDT: Yes. Yes, he did.

JIMMY BULGER: That way you want have to worry about it.

GREG SCHMIDT: Right. I have got it, yes. (Inaudible.) And everything is fine.

JIMMY BULGER: Okay, good.

GREG SCHMIDT: We'll put him on the beds tomorrow. We put your truck in your garage because (inaudible).

JIMMY BULGER: Okay.

GREG SCHMIDT: It will be in a plastic seal so (inaudible.)

JIMMY BULGER: Okay.

GREG SCHMIDT: It's going to be next week (inaudible) and a number of days and when and details.

JIMMY BULGER: Okay.

GREG SCHMIDT: I'm going to have to talk to him about that.

JIMMY BULGER: All right. And we have to learn that -- learn that app because I don't want nobody to be able to get nothing over on us anymore. That's over with.

GREG SCHMIDT: Okay. I don't know about an app. I don't know nothing about an app.

JIMMY BULGER: I don't really know what it is, but there has to be a way to track it because we are 50/50 on it. You know, he gets half, and I get half. I just don't want nobody to be able to blind

side us anymore. Nobody else has control of us.

GREG SCHMIDT: Right. (Inaudible.)

JIMMY BULGER: Because if I can do what I do and make everything come together and Ricky has my back on the houses and all that, if Jeremy -- you know, they are going to split the -- you know, split it. And then the only loose cannon we would have -- and you would have the office stuff. The only loose cannon we would have would be Ginger, but I'm pretty good at that real estate so I might can -- I might can watch her, you know what I mean?

GREG SCHMIDT: Okay.

JIMMY BULGER: Because everything has to go in trust. And, see, when I get out, I can put everything back in my name because that restraining order is off of me.

GREG SCHMIDT: Okay.

JIMMY BULGER: That would be a lot better.

GREG SCHMIDT: I didn't know if anybody has told Ginger or not.

JIMMY BULGER: Huh?

GREG SCHMIDT: I didn't know if anybody has told Ginger.

JIMMY BULGER: Okay. Yeah.

GREG SCHMIDT: I don't know if they have or not.

JIMMY BULGER: Yeah. Maybe I will be out this week, and I can take care of everything.

GREG SCHMIDT: All right.

JIMMY BULGER: I will try to call you back in a little while. How are the dogs?

GREG SCHMIDT: They are fine. They are outdoors sleeping right here in my living room. They have been outside running (inaudible).

JIMMY BULGER: All right. Check my books for me, if you don't mind, please. I have already ordered the store so, if I'm not out Tuesday, then we will have to put more on there. I have already ordered store. You get it Tuesday, and then you can get it Friday. But if I'm not out Tuesday, then I need more money put on that, but don't do it until Tuesday.

GREG SCHMIDT: It won't give me a balance for some reason.

JIMMY BULGER: Because I'm calling you a different way. But in a little while, I will call you back in just a little while, and I will dial it the

normal way.

GREG SCHMIDT: Okay.

JIMMY BULGER: All right. I have to go real quick. I will call you back in a little while.

CERTIFICATE

STATE OF ALABAMA)
JEFFERSON COUNTY)

I hereby certify that the above and foregoing proceeding was taken down by me by stenographic means, and that the questions and answers therein were produced in transcript form by computer aid under my supervision, and that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings occurring on said date at said time.

I further certify that I am neither of counsel nor of kin to the parties to the action; nor am I in anywise interested in the result of said case.

Signed the 1st day of November, 2021.

/s/ Anne E. Miller
ACCR #486
Expires 9/30/22
My commission expires 11/19/23