```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Friday, August 13, 2021
11                 13:01:29
12
13
14
15
16
17
18
19
20
21
22
```

| | |
|---|---|
| 1 | JIMMY BULGER: Hey. |
| 2 | RICKY ADAMS: Hey. |
| 3 | JIMMY BULGER: Hey. |
| 4 | RICKY ADAMS: How are you? |
| 5 | JIMMY BULGER: All right. Bill came to see |
| 6 | me. |
| 7 | RICKY ADAMS: Oh, yeah. He said he did. |
| 8 | What did he say? |
| 9 | JIMMY BULGER: He said you gave him that, |
| 10 | and then I told him what my offer was. And he looked |
| 11 | at me, and he said, "Are you sure?" And I said, "Yes." |
| 12 | He said, "Well, that's a hell of an offer." And I |
| 13 | said, "Well, you just let them know that if they don't |
| 14 | take it, that I'm going to list every one of them damn |
| 15 | loans that I made him, that 1.5 million. That million |
| 16 | dollar loan and all the others that I'm making him, I'm |
| 17 | going to list them, and that the trustee has deep |
| 18 | pockets. And he can fight it for two years if he wants |
| 19 | to." |
| 20 | RICKY ADAMS: Yeah. |
| 21 | JIMMY BULGER: So I made him -- I made him |

22  a good offer.  Maybe he'll take it.

23           RICKY ADAMS:  Right.

                                                              3


1            JIMMY BULGER:  He would be a fool not to

2   because, if not, he ain't going to get nothing.  I

3   don't own -- I take your rims off your car or whatever

4   it was.  I done forgot now.  Are you looking for Bam

5   Bam and them?

6            RICKY ADAMS:  I ain't seen them today.  I

7   know Greg was gone.

8            JIMMY BULGER:  Where are you at?

9            RICKY ADAMS:  I'm at work.  (Inaudible.)

10           JIMMY BULGER:  Okay.

11           RICKY ADAMS:  I will taking my (inaudible)

12  majority of yesterday.

13           JIMMY BULGER:  Yeah.  Please do because I

14  know he is --

15           RICKY ADAMS:  (Inaudible).

16           JIMMY BULGER:  Do what now?

17           RICKY ADAMS:  I said he'll come and slide

18  down (inaudible).

19           JIMMY BULGER:  Bam Bam?

20           RICKY ADAMS:  Uh-huh (yes).

```
21              JIMMY BULGER:  Yeah.  Good.  I mean --
22              RICKY ADAMS:  Fighting over the ball.
23              JIMMY BULGER:  Yeah.  Because, you know,
```

                                                            4

```
 1  you represent me, you know, where Greg -- I don't --
 2  I'm sure he is not hollering at them.  I'm sure it's
 3  Bill, but he said, "This humbled that man."  And I
 4  said, "What do you mean?"  And he said, "He is worried
 5  sick about you."  And I said, "Oh, okay."  Do you think
 6  he is?
 7              RICKY ADAMS:  He is (inaudible).
 8              JIMMY BULGER:  What?
 9              RICKY ADAMS:  He has got a lot going on.
10              JIMMY BULGER:  I can't hear you.
11              RICKY ADAMS:  I said he has got a lot going
12  on.
13              JIMMY BULGER:  Greg?  Huh?
14              RICKY ADAMS:  Yeah.  He has got a lot going
15  on.
16              JIMMY BULGER:  Yes, he does.
17              RICKY ADAMS:  He is just shaking.  He is
18  just -- he is trying to sell his truck.  He is trying
19  to do everything.
```

                           Page 4

20      JIMMY BULGER: Okay. Well, he don't need
21 to be selling his truck. He don't need to be
22 panicking. Call him Little Lonnie. Just tell him to
23 calm down, Little Lonnie.

5

1       RICKY ADAMS: That's who just passed me.
2       JIMMY BULGER: Damn.
3       RICKY ADAMS: Lonnie's here. He just has
4 passed me.
5       JIMMY BULGER: Because he has come to get
6 his check.
7       RICKY ADAMS: Oh, okay.
8       JIMMY BULGER: Yeah. He is coming to get
9 his money. Happy birthday. Happy birthday. Happy
10 birthday. All right. Me and my homies are riding out.
11      RICKY ADAMS: Yeah.
12      JIMMY BULGER: Oh, Lord, have mercy.
13      RICKY ADAMS: That cat text me or whatever.
14 I'm fixing to see, he is trying to cash his checks and
15 they didn't go through because there wasn't no money in
16 there. I'm thinking that's what it's about. I'm
17 fixing to started laughing at him.
18      JIMMY BULGER: All right. Well, just tell

19  him that -- just tell him that, you know, I might be
20  there next week and that -- you know, that we'll talk
21  about everything.
22          RICKY ADAMS: Yeah. Because there ain't
23  nothing I can do. I said, "Boy, it ain't no" -- and

6

1   then I called Jeremy, I tried to get him to give him
2   the drawings on the loans, call me back, because he
3   acted like he didn't want to start the job without you.
4   I'm like, "Bruh, we got to." So I was trying to get
5   them two draws on there.
6           JIMMY BULGER: Yeah. What did he say?
7           RICKY ADAMS: He was like he didn't really
8   want to start them without you being here. I'm like,
9   "What are you talking about?"
10          JIMMY BULGER: That's why we set it up.
11          RICKY ADAMS: That's what I'm saying. But
12  he was on the short, the three minute call. And I only
13  got to talk to him for three minutes. (Inaudible). So
14  I'm going to call today, and I'm going to try to
15  explain.
16          JIMMY BULGER: Yeah. Get him confident,
17  you know, let him know that, "Look, he is telling us

18 step by step what to do. We've got this. While the
19 weather is good, come on. Let's don't slow down." Say
20 he is with us, just say he is with us. We talk to him,
21 you know, two or tree times a day, you know. Just get
22 him confident. That's all it is. You just have to
23 talk to him.

7

1         RICKY ADAMS:  Yeah.  I'm going to call him
2 back.
3         JIMMY BULGER:  All right.  All right.
4 Anybody texting my phone?
5         RICKY ADAMS:  Nothing but that Marvin dude.
6 That's about it.
7         JIMMY BULGER:  Okay.
8         RICKY ADAMS:  And the Wade guy asking for
9 the payment on that job.
10        JIMMY BULGER:  Okay.  Well, tell Debbie we
11 have to get it paid.
12        RICKY ADAMS:  Okay.
13        JIMMY BULGER:  Anybody else?
14        RICKY ADAMS:  I think that's it.  What you
15 call it, somebody offered Jim.  They wanted to buy you
16 out of the ATV company for like something.  He sent the

17  contract over that the guy offered him about it.

18          JIMMY BULGER:  Okay.  The guy in Mexico?

19          RICKY ADAMS:  Yeah.

20          JIMMY BULGER:  How much would I get?

21          RICKY ADAMS:  It was like 50,000.

22          JIMMY BULGER:  Yeah.  Tell him to sell it.

23          RICKY ADAMS:  Something else.

                                                        8

1           JIMMY BULGER:  Text him back and say yes.

2           RICKY ADAMS:  Okay.

3           JIMMY BULGER:  But put USA money behind it

4  or USN, whatever it is.

5           RICKY ADAMS:  Yeah.

6           JIMMY BULGER:  Yeah.  Hell, yeah.  Send it

7  to BR549.  Yes, sir.  Tell him to -- tell him to do it.

8  Send it on.  Red rover, red rover.  I'm all excited.

9           RICKY ADAMS:  (Inaudible).

10          JIMMY BULGER:  Yeah.  How much is still in

11 that account?

12          RICKY ADAMS:  Right now, it's like 27.

13          JIMMY BULGER:  All right.  Don't let Jeremy

14 bust it open because we are going to have to have that.

15 Do you hear me?

16   RICKY ADAMS:  As far as everything else,
17 everything is at a standstill.
18   JIMMY BULGER:  Because of the money?
19   RICKY ADAMS:  Yeah.
20   JIMMY BULGER:  What are we lacking?  Is the
21 second house built?
22   RICKY ADAMS:  They are going to send it --
23 but Monday or Tuesday.  Everything is (inaudible).

1   JIMMY BULGER:  Okay.  They are going to
2 finish it up Monday and Tuesday, and then we have to
3 pay them the rest of the money, right?
4   RICKY ADAMS:  Yeah.
5   JIMMY BULGER:  All right.  Then half of the
6 lumber is out there on the first house so they can
7 immediately start on it.
8   RICKY ADAMS:  Uh-huh (yes).
9   JIMMY BULGER:  Half of it is already
10 bought, and we should be able to buy the other half.
11   RICKY ADAMS:  Okay.
12   JIMMY BULGER:  And then -- so let's get
13 that going, get that second house.  All right.  Have we
14 paid for the foundation yet on the fourth house?

15          RICKY ADAMS:  No, because they -- he is
16  going Monday to do that.
17          JIMMY BULGER:  To get started?
18          RICKY ADAMS:  Yeah.
19          JIMMY BULGER:  Okay.  Well, move -- just
20  exactly what I said, go ahead and get the second half
21  of that lumber brought out there to finish that first
22  house.  And let the next one grade over on it.  And
23  then that will have the first two framed, and you will

                                                          10

1   have enough money to do it plus take care of some
2   things.  Just hold tight to that money because Jeremy
3   will have his hand out there.  He gets excited.  Yeah.
4   I will walk you through it.  And I may have -- I may
5   have a solution to all this by Tuesday at the latest.
6           RICKY ADAMS:  All right.
7           JIMMY BULGER:  Bill couldn't believe it,
8   that I was willing to do it, but I told him, I said --
9   I told him how to handle it.  I told him what this was
10  about and everything so it will work.  So I'm excited.
11  Are you there?
12          RICKY ADAMS:  Yeah.  Hopefully by then --
13  yeah.  Hopefully by then, we'll get the -- hopefully

14  try to get (inaudible).

15      JIMMY BULGER: Yeah, yeah. He don't need
16  to be holding back like that. Just tell him to -- you
17  know, you just have to get his confidence in you.
18  That's the thing, you know. You just tell him and
19  speak to him like an adult, not like a child, like,
20  "Man, we got this," you know. You know, "I assure you
21  we have this," you know, "and we talk to him several
22  times a day," you know. "We know exactly how to do it.
23  He showed us. He taught us. We know exactly what we

1  are doing. He wouldn't even let it -- he wouldn't even
2  let us do it if we didn't know what we were doing."
3      RICKY ADAMS: Okay.
4      JIMMY BULGER: So you know how to talk and
5  get him confident. And then just say that, you know,
6  "They got other -- they are working on settlements
7  right now, trying to settle everything, and then that
8  way Jimmy can come on out." So it's exciting. And I
9  have had a lot of really good things that helped me,
10  give me time to think. And --
11      RICKY ADAMS: Uh-huh (yes).
12      JIMMY BULGER: And I got a great plan,

13  great plan.  So all right.  Well, I love you, and I

14  will talk to you later.

15          RICKY ADAMS:  All right.  Love you too.

16          JIMMY BULGER:  I will call you back before

17  four o'clock.

18          RICKY ADAMS:  Okay.

19

20

21

22

23

12

1               C E R T I F I C A T E

2

3  STATE OF ALABAMA)

4  JEFFERSON COUNTY)

5

6       I hereby certify that the above and foregoing

7  proceeding was taken down by me by stenographic means,

8  and that the questions and answers therein were

9  produced in transcript form by computer aid under my

10 supervision, and that the foregoing represents, to the

11 best of my ability, a true and correct transcript of

0813211301

12  the proceedings occurring on said date at said time.

13       I further certify that I am neither of counsel

14  nor of kin to the parties to the action; nor am I in

15  anywise interested in the result of said case.

16       Signed the 29th day of October, 2021.

17

18                           _____

19                              /s/ Anne E. Miller

20                                 ACCR #486

21                               Expires 9/30/22

22                        My commission expires 11/19/23

23

Page 13