1

2

3

4

5

6

7

8

9

10                    August 9, 2021

11                       13:53

12

13

14

15

16

17

18

19

20

21

22

23

1           JIMMY BULGER:  Hello.

2           GREG SCHMIDT:  Jimmy?

3           JIMMY BULGER:  Hey.  I can hardly hear you.

4           GREG SCHMIDT:  I know.  I can't hardly hear

5  you.  How are you doing?

6           JIMMY BULGER:  I'm all right.  They moved

7  me to the sick bay area, but -- which is fine.  It

8  don't matter to me.  Did you tell Ricky?

9           GREG SCHMIDT:  Yes, I did.  He told me

10  (inaudible).

11           JIMMY BULGER:  He said what?

12           GREG SCHMIDT:  He told me the phone

13  wouldn't go through and connect with you last night.

14           JIMMY BULGER:  I can't hear you.  You are

15  going to have to speak up loud.

16           GREG SCHMIDT:  I said when we talked last

17  night, I told Ricky you told me neither one of our

18  phones would connect.

19           JIMMY BULGER:  Okay.  All right.  Then tell

20  Ricky to use one of my credit cards and make it where I

21  can call him if he needs to.

22           GREG SCHMIDT:  He set up an account.  I

23  told him to go ahead and do that.

1          JIMMY BULGER:  Okay.  All right.  Good.  So

2  he has one set up?

3          GREG SCHMIDT:  Yes, he does.  He does.  No

4  problem.  I'm so glad to hear from you.

5          JIMMY BULGER:  Yeah, me too.  That $100

6  that I had on me when I came in, it don't show up on my

7  books.  And the 100 you put on there doesn't show up,

8  and the 100 that Bill put on there doesn't show up.

9  But my number, can you hear my number?

10          GREG SCHMIDT:  Yes.

11          JIMMY BULGER:  All right.  3659.

12          GREG SCHMIDT:  3659.

13          JIMMY BULGER:  Yes, uh-huh (yes).  But you

14  will have to call down here or come down here or

15  whatever and get my book straightened out because I

16  can't order store or do anything until it gets

17  straightened out.

18          GREG SCHMIDT:  3659, okay.

19          JIMMY BULGER:  Yes, uh-huh (yes).  How

20  about Jeremy?  Is he all right?

21          GREG SCHMIDT:  Yes.  He was here.

22          JIMMY BULGER:  He was what?

23          GREG SCHMIDT:  He was here.  He was fine.

1 Everything is fine.

2          JIMMY BULGER:  Okay.  And the houses is

3 coming along?

4          GREG SCHMIDT:  Yes.  He is going along with

5 the houses.  I just talked to Bill, Bill attorney.

6          JIMMY BULGER:  Okay.

7          GREG SCHMIDT:  Let him know the conditions,

8 and he said also he (inaudible).

9          JIMMY BULGER:  He said what?

10          GREG SCHMIDT:  You have two houses with

11 permits, two small ones.

12          JIMMY BULGER:  Okay.

13          GREG SCHMIDT:  Two small ones.

14          JIMMY BULGER:  Just transfer them.  Just

15 get them moved.

16          GREG SCHMIDT:  Yes.  That's what I told

17 him.  We'll do that.

18          JIMMY BULGER:  Okay.  When is he coming?

19          GREG SCHMIDT:  I don't know.  He wouldn't

20 tell me nothing else.

21          JIMMY BULGER:  Okay.

22          GREG SCHMIDT:  He was busy.

23          JIMMY BULGER:  All right.

1         GREG SCHMIDT:  Building homes.

2         JIMMY BULGER:  That money should come on

3 through tomorrow.  Did y'all sign the papers with

4 Monica?

5         GREG SCHMIDT:  No.

6         JIMMY BULGER:  Okay.  Find out, did you get

7 that money from Cash?

8         GREG SCHMIDT:  Not yet.

9         JIMMY BULGER:  Did y'all text him?

10        GREG SCHMIDT:  I asked Ricky.  He was

11 supposed to be keeping up with him.  I will text him

12 again.

13        JIMMY BULGER:  Yeah.  I mean, you have to

14 stay on Ricky because he is not responsible for some

15 reason, I don't know.  I mean, he is, but he's not.

16        GREG SCHMIDT:  I understand.

17        JIMMY BULGER:  Okay.  And also the three

18 and a half acres over there, y'all are supposed to sign

19 on it today, and the six acres.  All that was supposed

20 to close today with Monica.

21        GREG SCHMIDT:  No one contacted us.

22        JIMMY BULGER:  How about, have y'all talked

23 to Ginger?

1           GREG SCHMIDT:  She has been sick all

2   weekend, and Jeremy said she had to go to the emergency

3   room.

4           JIMMY BULGER:  Okay.  All right.  Well,

5   Debbie can call her.  Is Debbie there today?

6           GREG SCHMIDT:  She just left.  We have been

7   doing all these different things.

8           JIMMY BULGER:  Okay.  Well --

9           GREG SCHMIDT:  (Inaudible.)

10          JIMMY BULGER:  You can get her to call if

11  you don't want to, but you and Ricky is buying it so, I

12  mean, you can call.  You met him.  Just look on my

13  phone, and it says 6.5 acres.  But you can call Monica

14  and see if it's ready.

15          GREG SCHMIDT:  Okay.  We'll do that.

16          JIMMY BULGER:  Okay.

17          GREG SCHMIDT:  I'm going to call Ricky.

18  Call Ricky and send some papers up there and sign.

19  (Inaudible).

20          JIMMY BULGER:  Okay.  You had to send what?

21          GREG SCHMIDT:  Some papers to Bill.

22          JIMMY BULGER:  To Bill?

23          GREG SCHMIDT:  Yes, accounts, yes.

1        JIMMY BULGER:  You have them all?  Okay.

2        GREG SCHMIDT:  We have them all.

3        JIMMY BULGER:  All right, good.  Good.  All

4   right.  Well, I have an idea.  Whenever Bill gets that

5   five and comes to see me, I have an idea.  Did you tell

6   him that?

7        GREG SCHMIDT:  No, I didn't.  He was in a

8   hurry when he was talking just for a minute.

9        JIMMY BULGER:  Okay.

10       GREG SCHMIDT:  But he said he would call me

11  back later.

12       JIMMY BULGER:  All right.  I should be able

13  to call back later, but I don't know.  But see if you

14  can get my account straightened out and get Debbie to

15  help you or whatever, come down here, because I don't

16  know what time it is.  But she has plenty of, you

17  know --

18       GREG SCHMIDT:  Right, right.  But I put it

19  on your name and everything, and it should have been on

20  there.  (Inaudible.)  I don't know why --

21       JIMMY BULGER:  I understand.

22       GREG SCHMIDT:  -- it's not in your account.

23       JIMMY BULGER:  All right.  Well, it's not

1  so just see what you can do.

2           GREG SCHMIDT:  3659?

3           JIMMY BULGER:  Yeah, uh-huh (yes).  How is

4  the dogs doing?  How are the dogs?

5           GREG SCHMIDT:  They are doing good.  They

6  are doing good.  Bam Bam is depressed, but other than

7  that, he is fine.

8           JIMMY BULGER:  Okay.  All right.

9           GREG SCHMIDT:  We're doing fine.  Everybody

10  is doing okay.  (Inaudible.)

11          JIMMY BULGER:  Okay.  Well, I should be

12  able to call you back later now that I'm here because

13  you will have to keep, you know, plenty of money on

14  there.

15          GREG SCHMIDT:  Okay.  We have been talking

16  (inaudible).

17          JIMMY BULGER:  All right.  Well, I love

18  y'all.  I'll talk to you later.

19          GREG SCHMIDT:  Okay.  Love you too.

20          JIMMY BULGER:  Bye.

21

22

23

1               C E R T I F I C A T E

2

3    STATE OF ALABAMA)

4    JEFFERSON COUNTY)

5

6         I hereby certify that the above and foregoing

7    proceeding was taken down by me by stenographic means,

8    and that the questions and answers therein were

9    produced in transcript form by computer aid under my

10   supervision, and that the foregoing represents, to the

11   best of my ability, a true and correct transcript of

12   the proceedings occurring on said date at said time.

13        I further certify that I am neither of counsel

14   nor of kin to the parties to the action; nor am I in

15   anywise interested in the result of said case.

16        Signed the 1st day of November, 2021.

17

18                    _____

19                      /s/ Anne E. Miller

20                        ACCR #486

21                     Expires 9/30/22

22              My commission expires 11/19/23

23