1
2
3
4
5
6
7
8
9
10                        August 8, 2021
11                            09:54
12
13
14
15
16
17
18
19
20
21
22
23

1          JIMMY BULGER: Hello.
2          GREG SCHMIDT: Hello.
3          JIMMY BULGER: Hey.
4          GREG SCHMIDT: I had to slug it out. I'm
5  sorry. I didn't know.
6          JIMMY BULGER: That's okay. I didn't know
7  either. I guess I pushed the wrong button or
8  something.
9          GREG SCHMIDT: (Inaudible.)
10         JIMMY BULGER: Okay. Whenever -- I'm okay.
11 Whenever that money hits the account, tell Ricky to
12 pull out nine cash and give Bill five.
13         GREG SCHMIDT: Okay. I will check it just
14 in a few moments.
15         JIMMY BULGER: Okay. Well, it shouldn't
16 hit until like Tuesday.
17         GREG SCHMIDT: Okay. All right.
18         JIMMY BULGER: Everything else all right?
19         GREG SCHMIDT: Yeah. It's fine. Getting
20 things started. Just worried about you. You are going
21 to make it.
22         JIMMY BULGER: Oh, yeah. I'm fine. They
23 just got me in quarantine -- I mean, medical hold on me

```
 1   because when y'all called down here, they are not going

 2   to let me in conservation until I can use the phone and

 3   everything until after I'm cleared.  So I don't know

 4   when that will happen.

 5              GREG SCHMIDT:  Did you get medicines?

 6              JIMMY BULGER:  Not yet because they are

 7   closed on Saturday.  But anyway --

 8              GREG SCHMIDT:  (Inaudible.)

 9              JIMMY BULGER:  Everything else okay?

10              GREG SCHMIDT:  Yes.  They are fine.  They

11   are find right now.  Yeah.

12              JIMMY BULGER:  Okay.  How about Jeremy?  Is

13   he okay?

14              GREG SCHMIDT:  Yeah.  I didn't talk to him

15   yesterday or today.  I talked to him the day before,

16   and he came in here and talked to me about things.  And

17   he seems to be okay.

18              JIMMY BULGER:  All right.  Well, call him

19   and let him know we are in a better position now than

20   we were in the beginning, and I will let him know about

21   it.

22              GREG SCHMIDT:  Okay.  All right.

23   (Inaudible.)
```

```
 1              JIMMY BULGER:  Do what?

 2              GREG SCHMIDT:  Reservation.

 3              JIMMY BULGER:  I don't know how to do that

 4  yet.  Well, I can't.  I mean, I have to get out -- I

 5  have to get this medical hold off of me first.

 6              GREG SCHMIDT:  Okay.  Because -- okay.

 7  I'll wait.

 8              JIMMY BULGER:  Yeah.  I can't -- I can't

 9  have visits or get out on the floor or nothing until

10  this is off of me.

11              GREG SCHMIDT:  Damn.  Okay.  All right.  We

12  are all thinking about you, and everything is good.

13  And just hold on (inaudible).

14              JIMMY BULGER:  Yeah.  Thank you.  Were you

15  able to -- were you able to pay everybody?

16              GREG SCHMIDT:  Yes.  This past week I have,

17  yes.

18              JIMMY BULGER:  Okay.  Now there is a guy,

19  his name is Cash, that makes a $3,000 payment to me at

20  the first of every month.  You know whenever you go

21  down to the box and there is always $3,000 in cash down

22  there?

23              GREG SCHMIDT:  Yes.
```

1          JIMMY BULGER:  Tell Ricky to -- he has my
2    phone so make sure he is answering the text messages.
3          GREG SCHMIDT:  Okay.  I will be sure and
4    tell him.  I will get him to do that.
5          JIMMY BULGER:  Okay.  All right.  So he can
6    -- we can get that 3,000, and that will help.
7          GREG SCHMIDT:  Okay.  All right.
8          JIMMY BULGER:  That guy normally just texts
9    me and says it's in the box.  So it could be down
10   there, just sitting there.
11         GREG SCHMIDT:  Okay.  I will go down there
12   and check, and I will text Ricky.  I'll talk to him
13   now.
14         JIMMY BULGER:  Okay.  Make sure you explain
15   to him to get cash out, 9,000.  Is all the bills paid?
16         GREG SCHMIDT:  No, not yet.  I mean, you
17   don't have to worry about that.
18         JIMMY BULGER:  Okay.  All right.  Make sure
19   you catch my car -- make sure you catch my car payment.
20   Make sure you catch my car payment and everything.
21         GREG SCHMIDT:  Yes, yes.  I will talk to
22   Debbie about that tomorrow.
23         JIMMY BULGER:  Because when Bill comes to

1  see me after Greg and Ricky giving him that five, or
2  you have, whoever does it, then he is going to come see
3  me. And when he does, I'm going to talk to him. I
4  have an idea that might work.
5          GREG SCHMIDT: Okay. That's good.
6          JIMMY BULGER: Yeah. That's crazy, wasn't
7  it?
8          GREG SCHMIDT: Yeah. Jeremy just --
9          JIMMY BULGER: I know.
10         GREG SCHMIDT: (Inaudible.) But anyway,
11 I'm glad you are okay, my man.
12         JIMMY BULGER: Yeah. Anything else you
13 know?
14         GREG SCHMIDT: No. We have five
15 (inaudible) until they cut us off.
16         JIMMY BULGER: Okay. I tried to call
17 Ricky.
18         GREG SCHMIDT: We have to set up and get
19 phone numbers, and I have mine set up so you can call
20 me any time.
21         JIMMY BULGER: Okay. I thought it was
22 going to take it off my book, but I guess it don't. I
23 don't know. I may have pushed the wrong number.

1  GREG SCHMIDT: (Inaudible) put that money
2  down on the books and put it on the books, and she said
3  it would.
4  JIMMY BULGER: Okay. I just did it wrong.
5  The lady here is real nice that helped me, walked me
6  and set up. But I guess I just pushed the wrong
7  button.
8  GREG SCHMIDT: Okay.
9  JIMMY BULGER: She was letting me use the
10 phone. They don't normally let us use the phones down
11 here. She was real nice and on point with her business
12 so --
13 GREG SCHMIDT: That's great. You can call
14 mine.
15 JIMMY BULGER: All right. Well, I love
16 y'all.
17 GREG SCHMIDT: Okay. I love y'all -- love
18 you too.
19 JIMMY BULGER: All right. Make sure you
20 tell Ricky about that and get it as fast as you can.
21 GREG SCHMIDT: I will. I will do it. I
22 mean, I will call him right now.
23 JIMMY BULGER: And Bill might would even do

1  it for me to go ahead and get it started up Monday, you
2  know, and let him know I would give it right to him.
3          GREG SCHMIDT:  Okay.
4          JIMMY BULGER:  I mean, he might.  Just talk
5  to him.
6          GREG SCHMIDT:  You can text him.  He's been
7  texting Ricky and Debbie often.
8          JIMMY BULGER:  Make sure you keep Jeremy
9  calm.
10         GREG SCHMIDT:  I will.
11         JIMMY BULGER:  Let him know that we are in
12 a lot better place, a lot better situation.
13         GREG SCHMIDT:  Okay.  Love you.
14         JIMMY BULGER:  All right.  I love y'all.  I
15 will talk to you later.
16         GREG SCHMIDT:  I love you too.
17         JIMMY BULGER:  Bye-bye.
18
19
20
21
22
23

```
 1                C E R T I F I C A T E
 2
 3  STATE OF ALABAMA)
 4  JEFFERSON COUNTY)
 5
 6        I hereby certify that the above and foregoing
 7  proceeding was taken down by me by stenographic means,
 8  and that the questions and answers therein were
 9  produced in transcript form by computer aid under my
10  supervision, and that the foregoing represents, to the
11  best of my ability, a true and correct transcript of
12  the proceedings occurring on said date at said time.
13        I further certify that I am neither of counsel
14  nor of kin to the parties to the action; nor am I in
15  anywise interested in the result of said case.
16        Signed the 1st day of November, 2021.
17
18                              _____
19                              /s/ Anne E. Miller
20                                  ACCR #486
21                                Expires 9/30/22
22                         My commission expires 11/19/23
23
```