1
2
3
4
5
6
7
8
9
10          Thursday, August 26, 2021
11                10:19:53
12
13
14
15
16
17
18
19
20
21
22

Case 21-31333   Doc 65-19   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc
Exhibit S   Page 1 of 4

1    JIMMY BULGER: Hey.

2    GREG SCHMIDT: Hey, Jimmy.

3    JIMMY BULGER: I forgot what I was going to
4 tell you a while ago. That lady that came and looked
5 at the camper, she is going to call you in a little
6 while, and they want to go look at that horse trailer.
7 And I told her three or $400. I wouldn't go no less
8 than 300, but you can take Kenny out there with you, if
9 you want to. But you need to be with them when they
10 look at it because of coocoo. I can't think of his
11 name. Lonnie.

12   GREG SCHMIDT: Lonnie, yeah (inaudible).

13   JIMMY BULGER: Yeah.

14   GREG SCHMIDT: Okay. The black horse
15 trailer out there (inaudible)?

16   JIMMY BULGER: Yes, but -- and Kenny will
17 know how to blow the tires up and everything if they --
18 you know, if they want to get it.

19   GREG SCHMIDT: Okay.

20   JIMMY BULGER: Okay. Thanks. All right.
21 Bye-bye.

22      GREG SCHMIDT:  Okay.

23

3

1                C E R T I F I C A T E

2

3  STATE OF ALABAMA)

4  JEFFERSON COUNTY)

5

6       I hereby certify that the above and foregoing

7  proceeding was taken down by me by stenographic means,

8  and that the questions and answers therein were

9  produced in transcript form by computer aid under my

10 supervision, and that the foregoing represents, to the

11 best of my ability, a true and correct transcript of

12 the proceedings occurring on said date at said time.

13      I further certify that I am neither of counsel

14 nor of kin to the parties to the action; nor am I in

15 anywise interested in the result of said case.

16      Signed the 31st day of October, 2021.

17

18                          _____

19                          /s/ Anne E. Miller

20                              ACCR #486

GREG0826211019

21          Expires 9/30/22

22     My commission expires 11/19/23

23

Page 4