1
2
3
4
5
6
7
8
9
10        Friday, August 20, 2021
11              8:24:32
12
13
14
15
16
17
18
19
20
21
22

Case 21-31333   Doc 65-20   Filed 11/22/21   Entered 11/22/21 23:12:24   Desc
Exhibit T    Page 1 of 9

1	JIMMY BULGER: Hello.

2	GREG SCHMIDT: Hello. Good morning.

3	JIMMY BULGER: Good morning. How is it
4 going?

5	GREG SCHMIDT: It's going.

6	JIMMY BULGER: All right. Did you hear
7 anything yesterday?

8	GREG SCHMIDT: Yes. They are supposed to
9 be an attorney, yes. (Inaudible). He said he had a
10 good conversation -- conference with the other counsel,
11 Charlie's.

12	JIMMY BULGER: Okay.

13	GREG SCHMIDT: That's all he would tell me.
14 That's all he texted me.

15	JIMMY BULGER: Okay.

16	GREG SCHMIDT: Said he had a good -- a good
17 -- a good conversation with him.

18	JIMMY BULGER: Okay.

19	GREG SCHMIDT: And that he was going to be
20 coming to see you at 8:30 today, this morning.

21	JIMMY BULGER: Okay. Good.

Page 2

22     GREG SCHMIDT:  So he should be there just
23 any time is what he told me.

3

1     JIMMY BULGER:  All right.  What did -- did
2 Debbie show up?
3     GREG SCHMIDT:  Yes, yes.  They are cleaning
4 the balcony.  There is a wasp nest (inaudible).
5     JIMMY BULGER:  Okay.
6     GREG SCHMIDT:  And her and Kenny had to
7 clean it, straighten it up, and then we are going to go
8 out there and clean the top so it will -- it's clean.
9 Just running through and sprucing everything.
10     JIMMY BULGER:  Okay.  Get Jeremy off to the
11 side and tell him to give you -- and I will tell Ricky
12 to tell him too -- to give you the cleanup money that
13 he charged for the -- you know, for the people that
14 stayed in there.
15     GREG SCHMIDT:  Okay.
16     JIMMY BULGER:  He don't need to be giving
17 it to Debbie or splitting it with Debbie or nothing
18 like that.  She already gets paid.
19     GREG SCHMIDT:  I know.  She is worried
20 about that.  I said don't worry about that.

```
21            JIMMY BULGER:  Yeah.

22            GREG SCHMIDT:  She said okay.

23            JIMMY BULGER:  All right.  But I will tell
```

                                                                4


```
1  Ricky too.

2             GREG SCHMIDT:  When he comes, okay.

3             JIMMY BULGER:  Yeah.

4             GREG SCHMIDT:  And he is -- she came in
5  this morning to dispense how much the rent was for -- I
6  thought to myself, "Jeremy, why the hell did you tell
7  her all that?"

8             JIMMY BULGER:  Yeah.

9             GREG SCHMIDT:  (Inaudible.)

10            JIMMY BULGER:  Well, she'll be keeping up
11 with it on the computer, but I just want you to know
12 every single -- every single aspect of what she does.
13 I've got -- I've got a good plan.

14            GREG SCHMIDT:  I know.  I can't wait to
15 hear it.

16            JIMMY BULGER:  Yes.  I think you will like
17 it.  And I'm anxious to hear what they counter back at
18 me with.

19            GREG SCHMIDT:  I know it.  That's the
```

20 reason -- he did answer me back and said that right

21 after (inaudible) two o'clock. And I'm hoping he does

22 show up this morning to see you. He said he would.

23         JIMMY BULGER: Yeah. He'll be here then.

5

1 Well, I will get ready then.

2         GREG SCHMIDT: Yeah. And I hope it's good

3 news, and I hope it's -- he said it was good. So I

4 don't know.

5         JIMMY BULGER: Okay. Well, I will go get

6 ready then because it's close to 8:30 now, isn't it?

7         GREG SCHMIDT: Yeah. It's probably 8:30

8 now.

9         JIMMY BULGER: Okay. Well, when I come

10 back in from seeing him, if it's to where I can use the

11 phone, I will call you back.

12         GREG SCHMIDT: Okay.

13         JIMMY BULGER: Oh, oh. There is a lady

14 that's going to call you in a little bit -- or I don't

15 know what time she is going to call you. But she is

16 going to look at the camper, and can you take her out

17 there and show her the office?

18         GREG SCHMIDT: Yeah. Okay. The office?

19          JIMMY BULGER:  Huh?

20          GREG SCHMIDT:  Right there where we are
21  talking?

22          JIMMY BULGER:  The trucking company.

23          GREG SCHMIDT:  Oh, yeah.  If I know she is

                                                    6

1   coming, yeah, I can change and do that.

2           JIMMY BULGER:  Yeah.  She will call.  It
3   won't be today though.  I think it will probably be
4   over the weekend or something, but she will call you.
5   I was just letting you know.

6           GREG SCHMIDT:  She just wants to look at
7   it?

8           JIMMY BULGER:  Yeah.  But she might buy
9   both of them so --

10          GREG SCHMIDT:  Oh, okay.

11          JIMMY BULGER:  Yeah.

12          GREG SCHMIDT:  Okay.

13          JIMMY BULGER:  That would be good.  Let me
14  ask him.  What's your mama's name?  Riann, her name is
15  Riann.  Hall, Riann Hall.

16          GREG SCHMIDT:  Did you give her a price?

17          JIMMY BULGER:  I thought the camper would

18 be around 10 to 12,000 and I haven't gave one on the --

19 on the office yet.

20          GREG SCHMIDT:  Okay.

21          JIMMY BULGER:  She might use Marissa Hall.

22 She has a lot of aliases.  All right.

23          GREG SCHMIDT:  That will be fine.

                                                        7


1           JIMMY BULGER:  Yeah.

2           GREG SCHMIDT:  I can do that.

3           JIMMY BULGER:  Okay.  All right.  Well,

4 that's great.  I will call you back and let you know.

5 If we are not on lock down, I will let you know.

6           GREG SCHMIDT:  Okay.  If you can, that will

7 be great.

8           JIMMY BULGER:  Yeah.  All right.  I will

9 talk to you later.

10          GREG SCHMIDT:  All right.

11          JIMMY BULGER:  All right.  Love you, bye.

12

13

14

15

16

17

18

19

20

21

22

23

8

1 C E R T I F I C A T E

2

3 STATE OF ALABAMA)

4 JEFFERSON COUNTY)

5

6     I hereby certify that the above and foregoing

7 proceeding was taken down by me by stenographic means,

8 and that the questions and answers therein were

9 produced in transcript form by computer aid under my

10 supervision, and that the foregoing represents, to the

11 best of my ability, a true and correct transcript of

12 the proceedings occurring on said date at said time.

13     I further certify that I am neither of counsel

14 nor of kin to the parties to the action; nor am I in

15 anywise interested in the result of said case.

Page 8

```
16      Signed the 30th day of October, 2021.
17
18                     _____
19                          /s/ Anne E. Miller
20                              ACCR #486
21                            Expires 9/30/22
22                    My commission expires 11/19/23
23
```